**FILED & ENTERED**

SEP 12 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ygreen    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Nixon Tiangco Sy<br><br>Debtor(s). | Case No.: 6:19-bk-14667-MW<br><br>CHAPTER 7<br><br>**ORDER CONTINUING HEARING**<br><br>Date:       September 10, 2019<br>Time:       9:00 AM<br>Courtroom: 225<br>                   3420 12TH Street<br>                   Riverside, CA 92501 |

The Court continues the hearing on Select Portfolio Servicing Inc's *Motion for Relief from Stay [Real Property]*, to December 10, 2019 at 9:00 a.m. in Courtroom 225. The automatic stay remains in effect pending the continued hearing.

IT IS SO ORDERED.

###

Date: September 12, 2019

Mark S. Wallace
United States Bankruptcy Judge