```
 1  Wendy Locke (SBN 285202)
    wlocke@aldridgepite.com
 2  Joseph C. Delmotte (SBN 259460)
    jdelmotte@aldridgepite.com
 3  ALDRIDGE PITE, LLP
    4375 Jutland Drive, Suite 200
 4  P.O. Box 17933
    San Diego, CA 92177-0933
 5  Telephone: (858) 750-7600
    Facsimile:  (619) 590-1385
 6
    Attorneys for   Movant
 7  Select Portfolio Servicing Inc as servicer for U.S. Bank
    NA, successor trustee to Bank of America, NA,
 8  successor to LaSalle Bank NA, as trustee, for the
    Washington Mutual Mortgage Pass-Through
 9  Certificates, WMALT Series 2006-AR1 Trust
```

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re | Case No. 6:19-bk-14667-MW |
|---|---|
| NIXON TIANGCO SY, | Chapter 7 |
| Debtor. | |
| | **NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | **Hearing**:<br>Date:   December 10, 2019<br>Time:  9:00 AM<br>Ctrm:  225 |
| | 3420 Twelfth Street,  Riverside, CA 92501 |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that a continued hearing on Select Portfolio Servicing Inc as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR1 Trust's Motion for Relief from the Automatic Stay ("Movant"), filed herein on August 6, 2019, as *Docket No. 14*, will be held on December 10, 2019, at 9:00 a.m, in Courtroom 225 of the above-captioned court, located at 3420 Twelfth Street  Riverside, CA 92501.

/./././

1    The Motion is based on the Motion, the pleadings and papers on file herein, and upon such

2    oral and documentary evidence as may be presented by interested parties at the hearing.

3    ALDRIDGE PITE, LLP

5    Dated: September 13, 2019    */s/ Wendy Locke*
Attorneys for Movant Select Portfolio Servicing Inc as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR1 Trust

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4375 Jutland Drive, Suite 200  P.O. Box 17933  San Diego, CA 92177-0933

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 13, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**U.S. TRUSTEE:**
ustpregion16.rs.ecf@usdoj.gov

**ATTORNEY FOR DEBTOR:**
Rex Tran
rtran@tranbankruptcylaw.com

**TRUSTEE:**
Lynda T. Bui (TR)
trustee.bui@shbllp.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On September 13, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE:**
Honorable Mark S Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

**DEBTOR:**
Nixon Tiangco Sy
7413 Maggie Ln
Eastvale, CA 92880

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 13, 2019 | Roberto Reyes | /s/ ROBERTO REYES |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**