Lynda T. Bui
3550 Vine Street,
Suite 210
Riverside, CA 92507
Tel:  (949) 340-3400

Email: trustee.bui@shbllp.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>NIXON TIANGCO SY,<br><br>        Debtor. | Case No. 6:19-bk-14667-MW<br><br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE**<br><br>[No Hearing Required] |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

    Lynda Bui, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets may be administered in the above-captioned case and appropriate notice be given to creditors to file claims.

Dated:  10/9/2019                             /s/ Lynda Bui
                                            Lynda Bui, Chapter 7 Trustee

1
NOTIFICATION OF ASSET CASE - CASE NO. 6:19-BK-14667-MW