| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lynda T. Bui, Trustee<br>3550 Vine Street, Suite 210<br>Riverside CA 92507<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email:  trustee.bui@shulmanbastian.com<br><br>☒ *Movant(s) appearing without an attorney*<br>☐ *Attorney for Movant(s)* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>NIXON TIANGCO SY<br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:19-bk-14667-MW<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)** |
| | [No Hearing Required] |

1. I am the ☒ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): <u>10/08/2019</u>  Movant(s) filed a motion or application (Motion) entitled: <u>Chapter 7 Trustee's Application for Order Authorizing Employment of Broker Team of Pro Realty Group and Bk Global Real Estate (dkt 28)</u>

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): <u>10/08/2019</u>  Movant(s), served a copy of ☐ the notice of motion or ☐ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than <u>17</u> days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.   Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: <u>10/28/2019</u>          <u>/s/ Lynda T. Bui</u>
                               Signature


                               <u>Lynda T. Bui</u>
                               Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2              **F 9013-1.2.NO.REQUEST.HEARING.DEC**

# APPLICATION
# (With Notice of Opportunity
# to Request Hearing)

*Filed 10/8/2019*

*docket 28*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lynda T Bui, Trustee<br>3550 Vine Street, Ste. 210<br>Riverside, CA 92507<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: Trustee.Bui@shbllp.com<br><br>Chapter 7 Trustee<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for:* | |

<table>
<tr><td colspan="2" align="center"><b>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION</b></td></tr>
<tr><td>In re:<br><br><b>NIXON TIANGCO SY</b></td><td>CASE NO.: <b>6:19-bk-14667-MW</b><br>CHAPTER: <b>7</b></td></tr>
<tr><td rowspan="2"><br><br><br><br><br><br><br>Debtor(s).</td><td align="center"><br><b>NOTICE OF OPPORTUNITY TO<br>REQUEST A HEARING ON MOTION</b><br><br><b>[LBR 9013-1(o)]</b><br></td></tr>
<tr><td align="center">[No hearing unless requested in writing]</td></tr>
</table>

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1.  Movant(s) **Lynda T. Bui, solely in her capacity as the Chapter 7 Trustee** ,
    filed a motion or application (Motion) entitled **Chapter 7 Trustee's Application for Order Authorizing Employment of the Broker Team of Pro Realty Group, and BK Global Real Estate Services** .

2.  Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3.  The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*):

    ☒  The full Motion is attached to this notice; or

    ☐  The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4.  **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:**  Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion.  The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 1                          **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

a.  If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b.  If you fail to comply with this deadline:

    (1)  Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

    (2)  Movant will lodge an order that the court may use to grant the Motion; and

    (3)  The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: __10/08/2019__

/s/ Lynda T. Bui
Signature of Movant or attorney for Movant

Lynda T. Bui
Printed name of Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

1  Lynda T Bui, Trustee
   3550 Vine Street, Ste. 210
2  Riverside, CA 92507
   Telephone:   (949) 340-3400
3  Facsimile:    (949) 340-3000
   Email: Trustee.Bui@shbllp.com
4

5  Chapter 7 Trustee

6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

10

11  In re                              Case No.   6:19-bk-14667-MW

12  **NIXON TIANGCO SY,**              Chapter  7

13                                     **CHAPTER 7 TRUSTEE'S APPLICATION FOR
                                       AN ORDER AUTHORIZING EMPLOYMENT**
14  Debtor.                            **OF THE BROKER TEAM OF PRO REALTY
                                       GROUP AND BK GLOBAL REAL ESTATE**
15                                     **SERVICES AS REAL ESTATE BROKER;
                                       DECLARATIONS OF MATT VANDERBEEK**
16                                     **AND PATRICK BUTLER IN SUPPORT
                                       THEREOF**
17
                                       [No Hearing Required Pursuant to
18                                     Local Bankruptcy Rule 2014-1(b)]

19

20  **TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE,**

21  **THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES-IN-**

22  **INTEREST:**

23         Lynda T. Bui, solely in her capacity as the Chapter 7 Trustee ("Trustee") for the

24  bankruptcy estate ("Estate") of Nixon Tiangco Sy ("Debtor"), brings this *Application for an*

25  *Order Authorizing Employment of the Broker Team of Pro Realty Group, and BK Global*

26  *Real Estate Services* ("Application") as the Trustee's real estate broker team ("Broker

27  Team") in this bankruptcy case to assist the Trustee in the listing, marketing and

28

Lynda T. Bui,
Chapter 7 Trustee
3550 Vine Street
Suite 210
Riverside, CA 92507

1

23147-000 TC Nixon Sy\Employ Short Sale Broker Team App

1 negotiating a short sale of the Estate's interest in the Property (identified below).  In support

2 of the Application, the Trustee respectfully represents as follows:

3 **I.     BACKGROUND INFORMATION**

4        The Debtor commenced this bankruptcy case under Chapter 7 by filing a Voluntary

5 Petition on May 30, 2019.  Lynda T. Bui is the duly appointed, qualified and acting Chapter

6 7 trustee for the Estate.

7        On his Schedule E/F, the Debtor lists secured claims of $593,901.05, priority

8 unsecured claims of $1,326.00, and unsecured claims of $46,015.00.  A deadline for filing

9 claims in this case has not yet been set.

10        Property of the Estate includes the Debtor's interest in the real property located at

11 7413 Maggie Lane, Eastvale, California 92880 ("Property").  On his Schedule C, the Debtor

12 did not claim an exemption in the Property.

13        On his original Schedule A/B (docket 1) and his Amended Schedule A/B (docket 10),

14 the Debtor valued his interest in the Property at $584,222.00  and listed one lien on his

15 Schedule D in favor of Select Portfolio Servicing ("Secured Creditor") in the amount of

16 $593,901.05.

17        Based on the Schedules, there does not appear to be equity in the Property for the

18 benefit of the Estate.  However, after reviewing certain materials provided by the Broker

19 Team, including the BK Score™[1], sales analysis report and opinion of value for the

20 Property, the Trustee has determined it would be in the best interest of the Estate and its

21 creditors to negotiate to obtain the agreement of Secured Creditor and consent to the

22 following ("Consented Sale™"):

23
- Subject to Court approval, (i) sell the Property to whichever third party the
24 Trustee and/or the Secured Creditor determine to have made the best
   qualified offer for the Property, or (ii) buy the Property from the Estate if (and
25 only if) no third-party offer to purchase the Property is received by the Trustee
   (any sale of the Property by the Trustee will be conducted in accordance with
26

27 ───────────────────
[1]        The BK Score™ is a 100 point rating that is generated by a proprietary algorithm from ten
28 unique property attributes in order to consistently measure sales confidence and predict market
value of real property.

Lynda T. Bui,
Chapter 7 Trustee
3550 Vine Street
Suite 210
Riverside, CA 92507

2
23147-000 TC Nixon Sy\Employ Short Sale Broker Team App

Bankruptcy Code Section 363 and Federal Rule of Bankruptcy Procedure 6004 upon a noticed motion to be filed hereinafter in this bankruptcy case);

• Release the liens of the senior Secured Creditor against the Property and otherwise waive all of its/their claims against the Estate with respect to the Property (including any deficiency claims resulting from the Trustee's sale of the Property); and

• Agree to pay all of the expenses associated with the proposed short sale, including (i) payment of a 6% real estate brokerage commission to the Broker Team and reimbursement of their out-of-pocket expenses, and (ii) a carveout for the Estate that provides for a meaningful distribution on allowed unsecured claims.

The Trustee believes that with the Broker Team's assistance to negotiate and obtain the Consented Sale™, the short sale of the Property, if successful, will provide for a meaningful distribution to allowed unsecured claims in this case.   Based thereon, the Trustee believes that employment of the Broker Team will be in the best interest of the Estate.

## II.   SERVICES TO BE PERFORMED

In order to market the Property for sale and assist the Trustee in negotiating with the Secured Creditor to obtain the Consented Sale™ and conduct a short sale in the most effective manner and thereby to liquidate the Property for the best and highest price in the current real estate market, the Trustee has solicited the assistance of the Broker Team.

Attached as **Exhibit 1** to the Declaration of Matt Vanderbeek ("Vanderbeek Declaration") is a description of the qualifications of Pro Realty Group ("**Listing Agent**"). The Trustee is informed that the Listing Agent is experienced in real estate sales and marketing, including the area in which the Property is located, and is well qualified in negotiating sales of real property similar to the Property herein.   The employment of the Listing Agent is anticipated to benefit the Estate providing marketing coverage for the area in which the Property is located, as well as services that are unique to the sale of real property in the context of a bankruptcy case.

Attached as **Exhibit 2** to the Declaration of Patrick Butler ("Butler Declaration") is a description of the qualifications and services provided by BK Global Real Estate Services

Lynda T. Bui,
Chapter 7 Trustee
3550 Vine Street
Suite 210
Riverside, CA 92507

3

23147-000 TC Nixon Sy\Employ Short Sale Broker Team App

("**BK Global**").  BK Global and its affiliates[2] have proprietary technology and a national team of experienced loan servicing specialists, asset managers, negotiators, trustee relation managers, real estate brokers and agents, closing specialists and attorneys with extensive experience in procuring the consent of lenders and servicers to sell real property with no equity and provide significant cash recoveries to the selling bankruptcy estates, through a Consented Sale™ process.

The Broker Team is familiar with the sale of real property in the context of a bankruptcy case and will be able to provide knowledge that is unique to the sale of Property and in negotiating a short sale to address a potential complex bankruptcy sale.

The Broker Team, on the Trustee's behalf, has examined the Property and has agreed to (i) advertise the Property at its expense, (ii) to show the Property to interested parties, (iii) to represent the Estate as seller in connection with the sale of the Property, (iv) to negotiate with the Secured Creditor to obtain a carve-out for the Estate on a short sale basis, and (v) to advise the Trustee with respect to obtaining the highest and best offers available for the Property in the present market.

A true and correct copy of the *Residential Listing Agreement (Exclusive Authorization and Right to Sell)* for the Property and the addenda thereto is attached to the Vanderbeek Declaration as **Exhibit 3**.  The Property will be listed for sale at $559,900.00.

### III.    COMPENSATION PROCEDURE

The Broker Team will share a customary brokerage commission that is paid as approved by this Court.  Specifically, in consideration for the Broker Team's services, subject to further application and Court order, the Broker Team will receive, upon consummation of any sale of the Property, a real estate agent's commission in an amount not to exceed six percent of the purchase price.

The Broker Team has agreed to cooperate with outside brokers. In the event any broker or agent other than the Broker Team represents a purchaser of the Property (a

---

[2]    BK Global is the broker affiliate of  Bankruptcy Global Holdings, LLC.

Lynda T. Bui,
Chapter 7 Trustee
3550 Vine Street
Suite 210
Riverside, CA 92507

4

23147-000 TC Nixon Sy\Employ Short Sale Broker Team App

"Selling Broker"), the commission will be split between the Broker Team and the Selling Broker in amounts to be determined.  In any event, the total commission will not exceed six percent of the total purchase price.

The Broker Team has been informed and understands that no sale of the Property may be consummated until after (i) notice to creditors with the opportunity for a hearing on the proposed sale, and (ii) entry of a Court order approving the sale.

The Broker Team has been informed and understands that the Property is being sold on an "as is – where as" basis with all faults and conditions then existing at the Property, and thus understands that (i) the Trustee is not making any representations, warranties, either express or implied, as to the condition of the Property, uses (prior, present and future), or otherwise; (ii) the Trustee shall not provide the buyer with any reports as to the use or condition of the Property; (iii) the Trustee shall not provide the buyer with any warranty protection plan with any building permits or plans; and (iv) the Trustee is selling the Property solely in her capacity as the Chapter 7 Trustee of the Estate.

The Broker Team has agreed to be compensated subject to the provisions of Bankruptcy Code Section 328.  The Broker is aware of the provisions of Bankruptcy Code Section 328(a) and has agreed, notwithstanding the terms and conditions of employment herein, that the Court may allow compensation different from the compensation provided herein if such terms and conditions prove to have been improvident in light of developments unanticipated at the time of the fixing of such terms and conditions.

## IV.    THE BROKER TEAM IS "DISINTERESTED"

### A.    Listing Agent

Other than being employed as a real estate broker in other non-related bankruptcy cases, to the best of the Trustee's knowledge after full investigation, and as set forth in the Vanderbeek Declaration, the Listing Agent and the firm's respective principals, employees and agents:  (i) do not hold or represent any interest adverse to the Trustee, the Debtor, the creditors and the Estate; (ii) have no connections with the Debtor, the creditors of the Estate, any other party in interest, their respective attorneys and accountants, the United

Lynda T. Bui,
Chapter 7 Trustee
3550 Vine Street
Suite 210
Riverside, CA 92507

5

23147-000 TC Nixon Sy\Employ Short Sale Broker Team App

1   States Trustee, any person employed in the office of the United States Trustee, or any

2   bankruptcy judge presiding in the United States Bankruptcy Court for the Central District

3   of California; and (iii) is a disinterested person as that term is defined in Bankruptcy Code

4   Section 101 (14) and used in Bankruptcy Code Section 327(a).

5   **B.    BK Global**

6          Other than being employed as a real estate broker in other non-related bankruptcy

7   cases,  to the best of the Trustee's knowledge after full investigation, and as set forth in

8   the Butler Declaration, BK Global and the firm's respective principals, employees and

9   agents:  (i) do not hold or represent any interest adverse to the Trustee, the Debtor, the

10  creditors and the Estate; (ii) have no connections with the Debtor, the creditors of the

11  Estate, any other party in interest, their respective attorneys and accountants, the United

12  States Trustee, any person employed in the office of the United States Trustee, or any

13  bankruptcy judge presiding in the United States Bankruptcy Court for the Central District

14  of California; and (iii) is a disinterested person as that term is defined in Bankruptcy Code

15  Section 101 (14) and used in Bankruptcy Code Section 327(a).

16  **V.     THE EMPLOYMENT OF THE BROKER TEAM IS IN THE BEST INTEREST OF**

17  **THE ESTATE**

18         The Trustee is informed and believes and on that basis alleges that employment of

19  the Broker Team on the terms and conditions provided for herein is in the best interest of

20  the Estate.

21  ////

22  ////

23  ////

24

25

26

27

28

**Lynda T. Bui,**
**Chapter 7 Trustee**
3550 Vine Street
Suite 210
Riverside, CA 92507

6

23147-000 TC Nixon Sy\Employ Short Sale Broker Team App

1       **WHEREFORE**, the Trustee requests that she be authorized to (i) employ the Broker

2 Team as her real estate broker on the terms and conditions set forth in this Application, (ii)

3 execute the *Residential Listing Agreement (Exclusive Authorization and Right to Sell)* and

4 its addenda attached as **Exhibit 3**, and (iii) for such other and further relief as is just.

5

6

7

   Dated: October 4, 2019           /s/ Lynda T. Bui

8                                    Lynda T. Bui

                                   Chapter 7 Trustee for the bankruptcy estate of

9                                    Nixon Tiangco Sy

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lynda T. Bui,
Chapter 7 Trustee
3550 Vine Street
Suite 210
Riverside, CA 92507

23147-000 TC Nixon Sy\Employ Short Sale Broker Team App

# DECLARATION

1

## DECLARATION OF MATT VANDERBEEK

2       I, Matt Vanderbeek, declare and state as follows:

3       1.      The matters stated herein are true and correct and within my personal

4  knowledge.  If called as a witness, I could and would competently testify thereto.  I am a

5  real estate broker, duly licensed in the State of California and associated with Pro Realty

6  Group  ("Firm") located at 54 Endless Vista, Aliso Viejo, California 92656; telephone 949-

7  795-8914.  I make this declaration in support of the Application for *Order Authorizing*

8  *Employment of the Broker Team of Pro Realty Group and BK Global Real Estate Services*

9  ("Application") filed by Lynda T. Bui, the Chapter 7 trustee ("Trustee") for the bankruptcy

10  estate ("Estate") of Nixon Tiangco Sy ("Debtor").

11      2.      I have read the Application and am familiar with the real property located at

12  7413 Maggie Lane, Eastvale, California 92880 ("Property"). I believe that I am qualified to

13  represent the Trustee and the Estate in connection with the marketing of the Property and

14  negotiating with potential buyers for a short sale of the Property.  Attached hereto as

15  **Exhibit 1** is a description of qualifications of the Firm.

16      3.      The Firm has agreed to accept employment on the terms and conditions set

17  forth in the Application and as set forth in the *Residential Listing Agreement (Exclusive*

18  *Authorization and Right to Sell)* and the addenda attached thereto, a copy of which is

19  attached hereto as **Exhibit 3** and incorporated herein by this reference.

20      4.      The Firm and I have been informed and understand that no sale of the

21  Property may be consummated until after (i) notice to creditors with the opportunity for a

22  hearing on the proposed sale, and (ii) entry of a Court order approving the sale.

23      5.      The Firm and I have been informed and understand that the Property is being

24  sold on an "as is – where as" basis with all faults and conditions then existing at the

25  Property, and thus understand that:  (i) the Trustee is not making any representations,

26  warranties, either express or implied, as to the condition of the Property, uses (prior,

27  present and future), or otherwise; (ii) the Trustee shall not provide the buyer with any

28  reports as to the use or condition of the Property; (iii) the Trustee shall not provide the

**Lynda T. Bui,**
**Chapter 7 Trustee**
3550 Vine Street
Suite 210
Riverside, CA 92507

8

23147-000 TC Nixon Sy\Employ Short Sale Broker Team App

1    buyer with any warranty protection plan with any building permits or plans; and (iv) the

2    Trustee is selling the Property solely in her capacity as the Chapter 7 trustee of the Estate.

3           6.      The Firm and I have agreed and understand that notwithstanding the terms

4    and conditions of employment herein set forth, that the Court may allow compensation

5    different from the compensation provided herein if such terms and conditions prove to have

6    been improvident in light of development unanticipated at the time of the fixing of such

7    terms and conditions.

8           7.      The Firm and I have no pre-petition claim against the Estate.

9           8.      The Firm and I received no retainer for the services to be performed herein.

10          9.      To the best of my knowledge after full investigation, the Firm and its

11    principals, employees, agents and I:

12                a.   do not hold or represent any interest adverse to the Trustee, the Debtor,

13    Debtor's creditors, and the Estate;

14                b.   have no connections with the Debtor, the Debtor's creditors, any other

15    party in interest, their respective attorneys and accountants, the United States Trustee, any

16    person employed in the office of the United States Trustee, or any  bankruptcy judge

17    presiding in the United States Bankruptcy Court for the Central District of California;

18                c.   are "disinterested" as that term is defined in Bankruptcy Code Section 101

19    (14) and used in Bankruptcy Code Section 327(a) because the Firm and I:

20                    i.       are not a creditor or an insider;

21                    ii.      are not and was not an investment banker for any outstanding

22    security of the Debtor;

23                    iii.     have not been, within three years before the date of the filing of

24    the Debtor's petition, an investment banker for the security of the Debtor or an attorney for

25    such an investment banker in connection with the offer, sale or issuance of a security of

26    the Debtor;

27

28

Lynda T. Bui,
Chapter 7 Trustee
3550 Vine Street
Suite 210
Riverside, CA 92507

23147-000 TC Nixon Sy\Employ Short Sale Broker Team App

9

iv.    am not and was not, within two years before the date of the filing of the petition, a director, officer or employee of the Debtor or of an investment banker specified in subparagraphs (b) or (c) of this paragraph 9; and

v.    do not have an interest materially adverse to the interest of the Estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor as an investment banker as specified in subparagraphs (b) or (c) of this paragraph 9, or for any other reason.

10.    The Firm and I shall not engage in dual representations or undertake representation of any interest adverse to the Estate under Bankruptcy Code section 327(a).

11.    Under the terms of the Application and the proposed Listing Agreement, a real estate commission shall be paid upon closing of a Court-approved sale of the Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 4, 2019, at Aliso Viejo, California.

_____

Matt Vanderbeek

Lynda T. Bui,
Chapter 7 Trustee
3550 Vine Street
Suite 210
Riverside, CA 92507

10

23147-000 TC Nixon Sv\Employ Short Sale Broker Team App

# DECLARATION

### DECLARATION OF PATRICK BUTLER

I, Patrick Butler declare and state as follows:

1.     The matters stated herein are true and correct and within my personal knowledge.  If called as a witness, I could and would competently testify thereto.  I am a real estate broker, duly licensed in the State of Florida and associated with BK Global Real Estate Services ("Firm"), an entity duly licensed as a real estate brokerage firm in Florida, with an office located at 1095 Broken Sound Parkway, N.W., Suite 100, Boca Raton, FL 33487; telephone 855-658-1254.  I am the Firm's broker-in-charge and am authorized by the Firm to and make this declaration in support of the Application for *Order Authorizing Employment of the Broker Team of Pro Realty Group and BK Global Real Estate Services* ("Application") filed by Lynda T. Bui, the Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of Nixon Tiangco Sy ("Debtor").

2.     I have read the Application and am familiar with the real property located at 7413 Maggie Lane, Eastvale, California 92880 ("Property"). I believe that the Firm is qualified to represent the Trustee and the Estate in connection with the marketing of the Property and negotiating with the Secured Creditor for approval of a short sale of the Property as described in the Application.  Attached hereto as **Exhibit 2** is a description of the Firm's qualifications.

3.     The Firm has agreed to accept employment on the terms and conditions set forth in the Application.

4.     The Firm and I have been informed and understand that no sale of the Property may be consummated until after (i) notice to creditors with the opportunity for a hearing on the proposed sale, and (ii) entry of a Court order approving the sale.

5.     The Firm and I have been informed and understand that the Property is being sold on an "as is – where as" basis with all faults and conditions then existing at the Property, and thus understand that:  (i) the Trustee is not making any representations, warranties, either express or implied, as to the condition of the Property, uses (prior, present and future), or otherwise; (ii) the Trustee shall not provide the buyer with any

Lynda T. Bui,
Chapter 7 Trustee
3550 Vine Street
Suite 210
Riverside, CA 92507

11

23147-000 TC Nixon Sy\Employ Short Sale Broker Team App

reports as to the use or condition of the Property; (iii) the Trustee shall not provide the buyer with any warranty protection plan with any building permits or plans; and (iv) the Trustee is selling the Property solely in her capacity as the Chapter 7 trustee of the Estate.

6.    The Firm and I have agreed and understand that notwithstanding the terms and conditions of employment herein set forth, that the Court may allow compensation different from the compensation provided herein if such terms and conditions prove to have been improvident in light of development unanticipated at the time of the fixing of such terms and conditions.

7.    The Firm and I have no pre-petition claim against the Estate.

8.    The Firm and I received no retainer for the services to be performed herein.

9.    To the best of my knowledge after full investigation, the Firm and its principals, employees, agents and I:

a.  do not hold or represent any interest adverse to the Trustee, the Debtor, Debtor's' creditors, and the Estate;

b.  have no connections with the Debtor, the Debtor's' creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or any  bankruptcy judge presiding in the United States Bankruptcy Court for the Central District of California;

c.  are "disinterested" as that term is defined in Bankruptcy Code Section 101 (14) and used in Bankruptcy Code Section 327(a) because the Firm and I:

i.    are not a creditor or an insider;

ii.    are not and was not an investment banker for any outstanding security of the Debtor;

iii.    have not been, within three years before the date of the filing of the Debtor's' petition, an investment banker for the security of the Debtor or an attorney for such an investment banker in connection with the offer, sale or issuance of a security of the Debtor;

Lynda T. Bui,
Chapter 7 Trustee
3550 Vine Street
Suite 210
Riverside, CA 92507

28

12

23147-000 TC Nixon Sy\Employ Short Sale Broker Team App

1         iv.     am not and was not, within two years before the date of the

2 filing of the petition, a director, officer or employee of the Debtor or of an investment banker

3 specified in subparagraphs (b) or (c) of this paragraph 9; and

4         v.     do not have an interest materially adverse to the interest of the

5 Estate or any class of creditors or equity security holders, by reason of any direct or indirect

6 relationship to, connection with, or interest in the Debtor as an investment banker as

7 specified in subparagraphs (b) or (c) of this paragraph 9, or for any other reason.

8     10.    The Firm and I shall not engage in dual representations or undertake

9 representation of any interest adverse to the Estate under Bankruptcy Code section 327(a).

10     11.    Under the terms of the Application, a real estate commission shall be paid

11 upon closing of a Court-approved sale of the Property.

12     I declare under penalty of perjury under the laws of the United States of America that

13 the foregoing is true and correct.

14     Executed on October 4, 2019, at Boca Raton, Florida.

15

16                               _____

17                                 Patrick Butler

18

19

20

21

22

23

24

25

26

27

28

Lynda T. Bui,
Chapter 7 Trustee
3550 Vine Street
Suite 210
Riverside, CA 92507

23147-000 TC Nixon Sv\Employ Short Sale Broker Team App

# Exhibit 1
# Listing Agent Qualifications

# MATT VANDERBEEK

**54 Endless Vista, Aliso Viejo, CA 92656 | (H) 949-360-6086 | (C) 949-795-8914 | beek91@cox.net**

www.NFLbroker.com

## Professional Summary

Motivated real estate professional versed in all aspects of real estate transactions, including managing the development and execution of representation contracts, purchase agreements, closing statements, deeds and leases.

Accomplished Real Estate Agent skilled at evaluating and marketing investment properties through large scale open houses, comparable property analysis and short sale and foreclosure statistics to realize the client's best possible financial return.

Dedicated sales and marketing professional who exceeds goals, retains customers and maintains a strong reputation for customer satisfaction.

Multi-million dollar producer and commissioned Real Estate Broker versed in marketing and negotiations, specializing in REO and short sales. Closed over $100 million in sales.

## Skills

- Active California Real Estate Broker's License
- MLS expert
- Customer service-oriented
- Expert closer
- Buyer contracts
- Home inspections
- Accomplished in commission sales
- Detail-oriented
- Excellent teamwork
- Works well independently
- Property assessments

- Flexible schedule
- Comparative market analysis
- Strong organizational skills
- Innovative marketing strategist
- Investment property expert
- Marketing and promotions
- CA Association of Realtors
- REO and Foreclosure specialist
- Client-oriented
- Short Sale Specialist-100% Close Rate

## Work History

**Professional Football Player in the National Football League**
**Indianapolis Colts** – Indianapolis, IN                                          04/1990 to 12/1992

**Professional Football Player in the National Football League**
**Dallas Cowboys** – Irving, TX                                                      09/1993 to 02/1994

**Professional Football Player in the National Football League**
**Washington Redskins** – Arlington, VA                                          04/1995 to 12/1996

**Investor**
**Self Employed - Real Estate Investing and Flipping Properties VA and HUD Homes** – Los   05/1999 to 04/2014
Angeles and Orange County

**Broker, Owner**
**Self Employed - Pro Realty Group** – Aliso Viejo, CA 92656                      09/1999 to Current
- Represent buyers,  sellers and banks in marketing and selling homes and assets.
- Advertise client properties on websites, through social media and in real estate guides.
- Show properties to potential buyers and other brokers at open houses and by appointment.
- Generate listings for sales and rental properties through referrals.

## Education

**Associate of Arts**: Major in Communication

# Exhibit 1

**Michigan State** - East Lansing, MI

March 1990

## Affiliations

NFL Alumni Association

NFL Retired Players Association

Michigan State Alumni Association

## Designations

Real Estate Broker since 1998.

Contractors License

# Exhibit 1

# Exhibit 2
# BK Global Qualifications

**Exhibit 2**

## STATEMENT OF QUALIFICATIONS OF BKRES

BK Global™

BK Global™ is a national company with a bankruptcy service platform containing a network of certified BK real estate Brokers and Agents, a national marketplace for listing and submitting bankruptcy real estate purchase offers (www.bankruptcylistings.com), and a centralized team of loan servicing specialist that enable Federal Trustees to streamline and manage their real estate needs most effectively for the benefit of the bankruptcy estate and unsecured creditors. By integrating its unique services and implementing its proprietary tools, BK Global is poised to create industry standards and efficiencies.

Consented Sale™

A Consented Sale™ is an "enhanced" agreement between all requisite stakeholders, the most important being the lender/servicer, of a residential or commercial property for less than what the owner still owes on the mortgage. A Consented Sale™ is a beneficial alternative to foreclosure when a homeowner needs to sell and can no longer afford to make their mortgage payments. The lender agrees to accept less than the amount owed to pay off a loan now rather than taking the property back by foreclosure and trying to sell it later. Lenders agree to a Consented Sale™ because they believe it will net them more money than going forward with a lengthy and costly foreclosure process.

A Consented Sale™ is an "enhanced" short sale and BK Global™ is able to obtain pre-consent by utilizing its proprietary BK Score™ system that analyzes and provides lenders an immediate evaluation of the value of the property and its probability for sale. In addition, BK Global™ is able to agree with lenders/servicers on a strike price for each property, and utilize its national www.bankruptcylistings.com marketplace for listings and online offer management platform.

BK Score™

BK Score™ is generated from a finite set of data points in a prescribed sequence to achieve a resulting score between the values of 1 and 100. The BK Score™ is shared with trustees, servicers, courts, and software management platforms and indicates the likelihood that an asset in a bankruptcy is qualified for consented disposition. The higher the BK Score™ there is a better chance to sell the property. In addition to the presented scores, BK Global provides the trustee a solution to sell the asset which maximizes the benefit to the estate. BK Global™ is at the forefront of creating new industry standards for trustee services.

To consistently measure and predict market value of real estate assets nationally, in an ever changing and fluid real estate market, it is important to have a well-defined methodology that explains how values are derived. The BK Score™ uses multiple data points to predict sales confidence compared to the limited local market inputs used by real estate brokers who are not

# Exhibit 2

certified in short sales. BK Score™ incorporates a number of unique methodology questions that include the data points listed below.

**Highlighted BK Score™ Data Points**

- Asset Value / Liabilities / Liens
- Judicial / Non-judicial State Analysis
- Pro Se (Professional Legal Representation)
- Title Search
- Statement of Intent by Debtor
- Foreclosure Timeline Analysis
- Redemption Period Analysis
- Community / Non-community Asset
- Asset Valuation Model (AVM)

## BK Score™ Core Benefits

**Increased Confidence of a Consented Short Sale** – BK Score™ gives lenders, servicers and real estate professionals more precise information on which to determine baseline sales values to achieve a successful consented short sale.

**Accelerates the Short Sale Decision Process** – Technology that utilizes scoring systems allows lenders/servicers to make instant valuation and sales consent decisions. This is notable as applications for consented sale of property can be approved by lenders/servicers in hours rather than weeks for sales values which score above a lender's score cutoff.

**Reduces Risk of Completing a Cooperative Short Sale** – There are certain barriers to a short sale. Servicers are frequently wary of short sale offers because of concerns that they are settling the debt at too low a price. Greater probability that servicers will consent to a short sale is made possible thanks to BK Score™. The BK Score™ empowers any lender/servicer to quickly set a cut off price and begin the short sale process, without time-consuming phone calls, faxed documents, or any effort from the agent or trustee.

**Increases Transaction Transparency** – BK Global™ is integrated with most major lender/servicers nationally. The BK Score™, which has revolutionized the default servicing industry, helps servicers select and execute optimal baseline valuations based on measurable guidelines while driving efficiency, fostering transparency and facilitating compliance. With the use of BK Score™ agents and trustees can quickly collaborate and determine an appropriate list price that allow agents to begin pursuing sales offers with confidence.

The BK Score™ algorithm has been developed by industry experts that have over 30 years of experience in Distressed Real Estate and Bankruptcy Sales. To date, over 2 years of bankruptcy assets have been analyzed and scored using the BK Global Scoring system. BK Score™ is a trademark pending registration with the US Trademark and Patent Office.

BK Search™

# Exhibit 2

BK Search™, powered by the leading national investigation firm Interfor Inc., enables trustees in the BK Global™ program to perform nationwide searches on all potential assets in bankruptcy. Trustees will receive an extremely valuable initial report prior to their 341(a) meeting, which will allow them to question uncovered assets. Interfor is a US based international investigation and security consulting firm specializing in comprehensive intelligence services to the legal, corporate, financial communities and individuals. The company is staffed by highly skilled investigators and fraud examiners, many of whom have been associated with government, defense, and intelligence agencies worldwide, including the United States CID, CIA, DEA and FBI agencies. Interfor is fully licensed and operates in the United States, Europe, the Middle East, the Americas, Africa and Asia. The investigators are also supported by a sophisticated research division using state-of-the-art technology.

# Exhibit 2

# Exhibit 3
# Listing Agreement and Addendum

## ADDENDUM TO LISTING AGREEMENT

Lynda T. Bui, Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of ***In re Nixon Tiangco Sy ("Debtor(s)"),*** currently pending in the United States Bankruptcy Court for the Central District of California, Riverside Division Case No. **6:19-bk-14667-MW**, agrees to grant **(i) Pro Realty Group, and (ii) BK Global Real Estate Services** (collectively "Broker") the exclusive rights to negotiate a sale of real property of the Estate located at **7413 Maggie Lane, Eastvale, California 92880** ("Property"), upon the terms and conditions of the **Residential Listing Agreement (Exclusive Authorization and Right to Sell)** ("Listing Agreement") entered into with respect to the Property concurrently herewith, as amended by the following terms and conditions of this Addendum:

1.    Addendum.    This Addendum amends the Listing Agreement. Notwithstanding any contrary terms and conditions in the Listing Agreement, this Addendum shall apply.  Broker agrees that any previous listing agreements with regard to the Property are null and void.

2.    No Liability.  The Trustee is listing the Property for sale with the Broker in her capacity as the Chapter 7 Trustee of the Estate, and not in her personal capacity, and no liability or obligations shall accrue to her personally as a result of such listing. There shall be no claim by Broker for damages of any kind against the Trustee or against the law firm of which she is associated, Shulman Hodges & Bastian LLP.  Any claim for damages by Broker as it relates to the listing or sale herein shall only be against the Estate.

3.    Trustee's Right to Sell.    The Trustee shall have the right to sell the Property to anyone who, prior to the date of entering into the Listing Agreement or this Addendum, has expressed an interest in purchasing the Property and Broker shall not be entitled to a commission on such a sale.

4.    Termination.    The Trustee may terminate the Listing Agreement at her option and upon written notice to the Broker at any time, and no liability or obligations shall accrue to the Estate or to the Trustee, either personally or in her capacity as Trustee, as a result of any such termination.

5.    Abandonment.    The Trustee reserves the right, in her sole discretion, to determine not to sell the Property and to abandon the Property by serving a notice of her intention to abandon the Property upon the Debtor(s), all creditors of the Estate, the United States Trustee, and all parties in interest.   In the event of any such abandonment, the Listing Agreement and this Addendum shall terminate and no liability or obligations shall accrue to the Estate or to the Trustee, either personally or in her capacity as Trustee, as a result of any such abandonment and termination.

6.    Conditions of Sale.  The Broker agrees and understands that any sale of the Property shall be subject to the following terms and conditions:

1

## Exhibit 3

a.    The Trustee is selling the Property in her capacity as the Chapter 7 Trustee of the Debtor(s)' Estate, and not in her personal capacity, and no liability or obligations shall accrue to her personally as a result of any sale.

b.    If for any reason, or no reason whatsoever, the Trustee is unable to deliver possession or title to the Property to any potential purchaser, the purchaser's sole remedy shall be the return of any money that the purchaser has deposited towards the purchase of the Property.

c.    The Trustee is selling the Property in an "AS IS" condition or basis by quitclaim deed without any representations or warranties whatsoever, including without limitation representations or warranties as to title, oil and mineral rights, city or government agency notifications regarding work to be done, marketability of title, ownership, physical condition, compliance with state, city or federal statutes, codes, ordinances, or regulations, geological stability, zoning, suitability for improvement, and fire insurance policies to cover any improvements on the Property, nor any assurances regarding the subdividability of the Property.

d.    The sale of the Property is subject to Bankruptcy Court approval after notice to the Debtor(s), all creditors of the Estate, the United States Trustee, and other parties in interest as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules.

e.    The purchaser shall, at the purchaser's sole expense, acquire any and all insurance policies that the purchaser desires to cover the Property.  The Trustee does not agree to acquire or transfer any insurance policies to the purchaser.

f.    The purchaser is to arrange for all financing of the acquisition of the Property before the close of escrow.

g.    The purchaser shall, at the purchaser's sole expense, install all smoke detectors, if any, as may be required by state or local law. The Trustee is not required to deliver to the purchaser a written statement of compliance with any applicable state and local law.

h.    The purchaser shall, at purchaser's sole expense, obtain and all pest control inspection repairs that purchaser deems appropriate.

i.    If any local ordinance requires that the Property be brought into compliance with minimum energy conservation standards as a condition of sale or transfer, the purchaser shall comply with and

2

## Exhibit 3

pay for these requirements at purchaser's sole expense.

j.  Any sale is subject to the following conditions being satisfied before the close of escrow:

   (1)  the Trustee must prevail with respect to any objections to the proposed sale; and

   (2)  the Trustee reserves the right to reject any and all offers which in her judgment are insufficient.

k.  The Property is being sold subject to:

   (1)  All general and special taxes that are presently due, or may become due, regarding the Property, other than property taxes, which shall be prorated as of the close of escrow;

   (2)  The lien of supplemental taxes, if any, assessed pursuant to the provisions of applicable statutes of the State of California; and

   (3)  Any and all easements, restrictions, rights and conditions of record and rights of way, against, on or regarding the Property.  Title, however, is to be transferred free of secured claims of record.

7.  <u>Payment of Commission</u>.  The commissions to be paid to the Broker shall only be paid from the proceeds of the sale of the Property.  If a sale is not consummated for any or no reason whatsoever, the Broker shall not be entitled to commissions.  The parties acknowledge that the Listing Agreement, this Addendum and any agreement relating to the Property is not binding (including the entering into of a purchase agreement) until Bankruptcy Court approval.  The parties acknowledge that the Bankruptcy Court may after approval of this agreement later reduce commissions agreed to.  In addition, the commissions are subject to the approval of the secured creditor(s) if the sale of the Property is a short sale.  A commission is not earned until Bankruptcy Court approval of a purchase agreement is obtained and escrow is closed.

8.  <u>Entire Agreement</u>.  This Addendum and the Listing Agreement, to the extent that such Listing Agreement is not contrary to the terms and conditions herein, constitute the entire contract between the parties.  All prior agreements between the parties are incorporated into this contract.  Its terms are intended by the parties as a final expression of their agreement with respect to such terms as are included herein, and may not be contradicted by evidence of any prior agreement or contemporaneous oral agreement.  The parties further intend that this agreement constitutes the complete, final and exclusive statement of its terms and that no extrinsic evidence whatsoever may be introduced in any judicial or arbitration proceeding, if any, involving this agreement.

3

**Exhibit 3**

9.     <u>Bankruptcy Court Jurisdiction</u>. The Bankruptcy Court shall have exclusive jurisdiction to resolve any and all disputes relating to this Addendum and the Listing Agreement.

Dated: 9/25/19

_____
LYNDA T. BUI
Chapter 7 Trustee


PRO REALTY GROUP

Dated: 10/4/19

_____
MATT VANDERBEEK


BK GLOBAL REAL ESTATE SERVICES


Dated:

_____
PATRICK BUTLER


* * * *

4

# Exhibit 3

9.    <u>Bankruptcy Court Jurisdiction</u>. The Bankruptcy Court shall have exclusive jurisdiction to resolve any and all disputes relating to this Addendum and the Listing Agreement.

Dated: 9/25/19

LYNDA T. BUI
Chapter 7 Trustee

PRO REALTY GROUP

Dated:

MATT VANDERBEEK

BK GLOBAL REAL ESTATE SERVICES

Dated: 10/7/19

PATRICK BUTLER

* * * *

4

# Exhibit 3



CALIFORNIA
ASSOCIATION
OF REALTORS®

**DISCLOSURE REGARDING
REAL ESTATE AGENCY RELATIONSHIP**
(Seller's Brokerage Firm to Seller)
(As required by the Civil Code)
(C.A.R. Form AD, Revised 12/18)

☐ (If checked) This form is being provided in connection with a transaction for a leasehold interest exceeding one year as per Civil Code section 2079.13(j), (k) and (l).

When you enter into a discussion with a real estate agent regarding a real estate transaction, you should from the outset understand what type of agency relationship or representation you wish to have with the agent in the transaction.

**SELLER'S AGENT**
A Seller's agent under a listing agreement with the Seller acts as the agent for the Seller only. A Seller's agent or a subagent of that agent has the following affirmative obligations:
To the Seller: A Fiduciary duty of utmost care, integrity, honesty and loyalty in dealings with the Seller.
To the Buyer and the Seller:
    (a) Diligent exercise of reasonable skill and care in performance of the agent's duties.
    (b) A duty of honest and fair dealing and good faith.
    (c) A duty to disclose all facts known to the agent materially affecting the value or desirability of the property that are not known to, or within the diligent attention and observation of, the parties. An agent is not obligated to reveal to either party any confidential information obtained from the other party that does not involve the affirmative duties set forth above.

**BUYER'S AGENT**
A Buyer's agent can, with a Buyer's consent, agree to act as agent for the Buyer only. In these situations, the agent is not the Seller's agent, even if by agreement the agent may receive compensation for services rendered, either in full or in part from the Seller. An agent acting only for a Buyer has the following affirmative obligations:
To the Buyer: A fiduciary duty of utmost care, integrity, honesty and loyalty in dealings with the Buyer.
To the Buyer and the Seller:
    (a) Diligent exercise of reasonable skill and care in performance of the agent's duties.
    (b) A duty of honest and fair dealing and good faith.
    (c) A duty to disclose all facts known to the agent materially affecting the value or desirability of the property that are not known to, or within the diligent attention and observation of, the parties. An agent is not obligated to reveal to either party any confidential information obtained from the other party that does not involve the affirmative duties set forth above.

**AGENT REPRESENTING BOTH SELLER AND BUYER**
A real estate agent, either acting directly or through one or more salespersons and broker associates, can legally be the agent of both the Seller and the Buyer in a transaction, but only with the knowledge and consent of both the Seller and the Buyer.
In a dual agency situation, the agent has the following affirmative obligations to both the Seller and the Buyer:
    (a) A fiduciary duty of utmost care, integrity, honesty and loyalty in the dealings with either the Seller or the Buyer.
    (b) Other duties to the Seller and the Buyer as stated above in their respective sections.
In representing both Seller and Buyer, a dual agent may not, without the express permission of the respective party, disclose to the other party confidential information, including, but not limited to, facts relating to either the Buyer's or Seller's financial position, motivations, bargaining position, or other personal information that may impact price, including the Seller's willingness to accept a price less than the listing price or the Buyer's willingness to pay a price greater than the price offered.

**SELLER AND BUYER RESPONSIBILITIES**
Either the purchase agreement or a separate document will contain a confirmation of which agent is representing you and whether that agent is representing you exclusively in the transaction or acting as dual agent. Please pay attention to that confirmation to make sure it accurately reflects your understanding of your agent's role.

The above duties of the agent in a real estate transaction do not relieve a Seller or Buyer from the responsibility to protect his or her own interests. You should carefully read all agreements to assure that they adequately express your understanding of the transaction. A real estate agent is a person qualified to advise about real estate. If legal or tax advice is desired, consult a competent professional.

If you are a Buyer, you have the duty to exercise reasonable care to protect yourself, including as to those facts about the property which are known to you or within your diligent attention and observation.

Both Sellers and Buyers should strongly consider obtaining tax advice from a competent professional because the federal and state tax consequences of a transaction can be complex and subject to change.

Throughout your real property transaction you may receive more than one disclosure form, depending upon the number of agents assisting in the transaction. The law requires each agent with whom you have more than a casual relationship to present you with this disclosure form. You should read its contents each time it is presented to you, considering the relationship between you and the real estate agent in your specific transaction. **This disclosure form includes the provisions of Sections 2079.13 to 2079.24, inclusive, of the Civil Code set forth on page 2. Read it carefully. I/WE ACKNOWLEDGE RECEIPT OF A COPY OF THIS DISCLOSURE AND THE PORTIONS OF THE CIVIL CODE PRINTED ON THE BACK (OR A SEPARATE PAGE).**

☐ Buyer ☒ Seller ☐ Landlord ☐ Tenant _____ Date 9/25/19
                      Lynda Bui, BK Trustee for the Estate of Nixon Tiangco Sy.

☐ Buyer ☐ Seller ☐ Landlord ☐ Tenant _____ Date _____

Agent _____*Pro Realty Group*_____ DRE Lic. # 01270203
            Real Estate Broker (Firm)
By _*Matt Vanderbeek*_ DRE Lic. # 01270203 Date 8/30/2019
            (Salesperson or Broker-Associate, if any) Matt Vanderbeek

© 1991-2018, California Association of REALTORS®, Inc.

AD REVISED 12/18 (PAGE 1 OF 2)

**DISCLOSURE REGARDING REAL ESTATE AGENCY RELATIONSHIP (AD PAGE 1 OF 2)**

**Exhibit 3**

DocuSign Envelope ID: 5162D228-FAEC-419E-8D13-F82F8A92FA0E

**CIVIL CODE SECTIONS 2079.13 – 2079.16 (2079.16 APPEARS ON THE FRONT)**

**2079.13.** As used in Sections 2079.7 and 2079.14 to 2079.24, inclusive, the following terms have the following meanings: **(a)** "Agent" means a person acting under provisions of Title 9 (commencing with Section 2295) in a real property transaction, and includes a person who is licensed as a real estate broker under Chapter 3 (commencing with Section 10130) of Part 1 of Division 4 of the Business and Professions Code, and under whose license a listing is executed or an offer to purchase is obtained. The agent in the real property transaction bears responsibility for that agent's salespersons or broker associates who perform as agents of the agent. When a salesperson or broker associate owes a duty to any principal, or to any buyer or seller who is not a principal, in a real property transaction, that duty is equivalent to the duty owed to that party by the broker for whom the salesperson or broker associate functions. **(b)** "Buyer" means a transferee in a real property transaction, and includes a person who executes an offer to purchase real property from a seller through an agent, or who seeks the services of an agent in more than a casual, transitory, or preliminary manner, with the object of entering into a real property transaction. "Buyer" includes vendee or lessee of real property. **(c)** "Commercial real property" means all real property in the state, except (1) single-family residential real property, (2) dwelling units made subject to Chapter 2 (commencing with Section 1940) of Title 5, (3) a mobilehome, as defined in Section 798.3, (4) vacant land, or (5) a recreational vehicle, as defined in Section 799.29. **(d)** "Dual agent" means an agent acting, either directly or through a salesperson or broker associate, as agent for both the seller and the buyer in a real property transaction. **(e)** "Listing agreement" means a written contract between a seller of real property and an agent, by which the agent has been authorized to sell the real property or to find or obtain a buyer, including rendering other services for which a real estate license is required to the seller pursuant to the terms of the agreement. **(f)** "Seller's agent" means a person who has obtained a listing of real property to act as an agent for compensation.**(g)** "Listing price" is the amount expressed in dollars specified in the listing for which the seller is willing to sell the real property through the seller's agent. **(h)** "Offering price" is the amount expressed in dollars specified in an offer to purchase for which the buyer is willing to buy the real property. **(i)** "Offer to purchase" means a written contract executed by a buyer acting through a buyer's agent that specifies the terms for the sale of the real property upon acceptance by the seller. **(j)** "Real property" means any estate specified by subdivision (1) or (2) of Section 761 in property, and includes (1) single-family residential property, (2) multiunit residential property with more than four dwelling units, (3) commercial real property, (4) vacant land, (5) a ground lease coupled with improvements, or (6) a manufactured home as defined in Section 18007 of the Health and Safety Code, or a mobilehome as defined in Section 18008 of the Health and Safety Code, when offered for sale or sold through an agent pursuant to the authority contained in Section 10131.6 of the Business and Professions Code. **(k)** "Real property transaction" means a transaction for the sale of real property in which an agent is retained by a buyer, seller, or both a buyer and seller to act in that transaction, and includes a listing or an offer to purchase. **(l)** "Sell," "sale," or "sold" refers to a transaction for the transfer of real property from the seller to the buyer and includes exchanges of real property between the seller and buyer, transactions for the creation of a real property sales contract within the meaning of Section 2985, and transactions for the creation of a leasehold exceeding one year's duration. **(m)** "Seller" means the transferor in a real property transaction and includes an owner who lists real property with an agent, whether or not a transfer results, or who receives an offer to purchase real property of which he or she is the owner from an agent on behalf of another. "Seller" includes both a vendor and a lessor of real property. **(n)** "Buyer's agent" means an agent who represents a buyer in a real property transaction.

**2079.14.** A seller's agent and buyer's agent shall provide the seller and buyer in a real property transaction with a copy of the disclosure form specified in Section 2079.16, and shall obtain a signed acknowledgement of receipt from that seller and buyer, except as provided in Section 2079.15, as follows: **(a)** The seller's agent, if any, shall provide the disclosure form to the seller prior to entering into the listing agreement. **(b)** The buyer's agent shall provide the disclosure form to the buyer as soon as practicable prior to execution of the buyer's offer to purchase. If the offer to purchase is not prepared by the buyer's agent, the buyer's agent shall present the disclosure form to the buyer not later than the next business day after receiving the offer to purchase from the buyer.

**2079.15.** In any circumstance in which the seller or buyer refuses to sign an acknowledgement of receipt pursuant to Section 2079.14, the agent shall set forth, sign, and date a written declaration of the facts of the refusal.

**2079.16** Reproduced on Page 1 of this AD form.

**2079.17(a)** As soon as practicable, the buyer's agent shall disclose to the buyer and seller whether the agent is acting in the real property transaction as the buyer's agent, or as a dual agent representing both the buyer and the seller. This relationship shall be confirmed in the contract to purchase and sell real property or in a separate writing executed or acknowledged by the seller, the buyer, and the buyer's agent prior to or coincident with execution of that contract by the buyer and the seller, respectively. **(b)** As soon as practicable, the seller's agent shall disclose to the seller whether the seller's agent is acting in the real property transaction as the seller's agent, or as a dual agent representing both the buyer and seller. This relationship shall be confirmed in the contract to purchase and sell real property or in a separate writing executed or acknowledged by the seller and the seller's agent prior to or coincident with the execution of that contract by the seller.

CONFIRMATION: The following agency relationships are confirmed for this transaction:

Seller's Brokerage Firm _____DO NOT COMPLETE. SAMPLE ONLY_____ License Number _____
Is the broker of (check one): ☐ the seller; or ☐ both the buyer and seller. (dual agent)
Seller's Agent _____DO NOT COMPLETE. SAMPLE ONLY_____ License Number _____
Is (check one): ☐ the Seller's Agent. (salesperson or broker associate) ☐ both the Buyer's and Seller's Agent. (dual agent)
Buyer's Brokerage Firm _____DO NOT COMPLETE. SAMPLE ONLY_____ License Number _____
Is the broker of (check one): ☐ the buyer; or ☐ both the buyer and seller. (dual agent)
Buyer's Agent _____DO NOT COMPLETE. SAMPLE ONLY_____ License Number _____
Is (check one): ☐ the Buyer's Agent. (salesperson or broker associate) ☐ both the Buyer's and Seller's Agent. (dual agent)

**(d)** The disclosures and confirmation required by this section shall be in addition to the disclosure required by Section 2079.14. An agent's duty to provide disclosure and confirmation of representation in this section may be performed by a real estate salesperson or broker associate affiliated with that broker. **2079.18** (Repealed pursuant to AB-1289)

**2079.19** The payment of compensation or the obligation to pay compensation to an agent by the seller or buyer is not necessarily determinative of a particular agency relationship between an agent and the seller or buyer. A listing agent and a selling agent may agree to share any compensation or commission paid, or any right to any compensation or commission for which an obligation arises as the result of a real estate transaction, and the terms of any such agreement shall not necessarily be determinative of a particular relationship.

**2079.20** Nothing in this article prevents an agent from selecting, as a condition of the agent's employment, a specific form of agency relationship not specifically prohibited by this article if the requirements of Section 2079.14 and Section 2079.17 are complied with.

**2079.21 (a)** A dual agent may not, without the express permission of the seller, disclose to the buyer any confidential information obtained from the seller. **(b)** A dual agent may not, without the express permission of the buyer, disclose to the seller any confidential information obtained from the buyer. **(c)** "Confidential information" means facts relating to the client's financial position, motivations, bargaining position, or other personal information that may impact price, such as the seller is willing to accept a price less than the listing price or the buyer is willing to pay a price greater than the price offered. **(d)** This section does not alter in any way the duty or responsibility of a dual agent to any principal with respect to confidential information other than price.

**2079.22** Nothing in this article precludes a seller's agent from also being a buyer's agent. If a seller or buyer in a transaction chooses not to be represented by an agent, that does not, of itself, make that agent a dual agent.

**2079.23** A contract between the principal and agent may be modified or altered to change the agency relationship at any time before the performance of the act which is the object of the agency with the written consent of the parties to the agency relationship.

**2079.24** Nothing in this article shall be construed to either diminish the duty of disclosure owed buyers and sellers by agents and their associate licensees, subagents, and employees or to relieve agents and their associate licensees, subagents, and employees from liability for their conduct in connection with acts governed by this article or for any breach of a fiduciary duty or a duty of disclosure.

© 1991-2018, California Association of REALTORS®, Inc.

THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020



**AD REVISED 12/18 (PAGE 2 OF 2)**

**DISCLOSURE REGARDING REAL ESTATE AGENCY RELATIONSHIP (AD PAGE 2 OF 2)**

**Exhibit 3**

DocuSign Envelope ID: 51E2D228-7AEC-419F-8D13-P12F62A92FA0E



CALIFORNIA
ASSOCIATION
OF REALTORS®

## POSSIBLE REPRESENTATION OF MORE THAN ONE BUYER OR SELLER - DISCLOSURE AND CONSENT
### (C.A.R. Form PRBS, Revised 12/18)

A real estate broker (Broker), whether a corporation, partnership or sole proprietorship, may represent more than one buyer or seller. This multiple representation can occur through an individual licensed as a broker or salesperson or through different individual broker's or salespersons (associate licensees) acting under the Broker's license. The associate licensees may be working out of the same or different office locations.

**Multiple Buyers:** Broker (individually or through its associate licensees) may be working with many prospective buyers at the same time. These prospective buyers may have an interest in, and make offers on, the same properties. Some of these properties may be listed with Broker and some may not. Broker will not limit or restrict any particular buyer from making an offer on any particular property whether or not Broker represents other buyers interested in the same property.

**Multiple Sellers:** Broker (individually or through its associate licensees) may have listings on many properties at the same time. As a result, Broker will attempt to find buyers for each of those listed properties. Some listed properties may appeal to the same prospective buyers. Some properties may attract more prospective buyers than others. Some of these prospective buyers may be represented by Broker and some may not. Broker will market all listed properties to all prospective buyers whether or not Broker has another or other listed properties that may appeal to the same prospective buyers.

**Dual Agency:** If Seller is represented by Broker, Seller acknowledges that broker may represent prospective buyers of Seller's property and consents to Broker acting as a dual agent for both seller and buyer in that transaction. If Buyer is represented by Broker, buyer acknowledges that Broker may represent sellers of property that Buyer is interested in acquiring and consents to Broker acting as a dual agent for both buyer and seller with regard to that property.

In the event of dual agency, seller and buyer agree that: a dual agent may not, without the express permission of the respective party, disclose to the other party confidential information, including, but not limited to, facts relating to either the buyer's or seller's financial position, motivations, bargaining position, or other personal information that may impact price, including the seller's willingness to accept a price less than the listing price or the buyer's willingness to pay a price greater than the price offered; and except as set forth above, a dual agent is obligated to disclose known facts materially affecting the value or desirability of the Property to both parties.

**Offers not necessarily confidential:** Buyer is advised that seller or listing agent may disclose the existence, terms, or conditions of buyer's offer unless all parties and their agent have signed a written confidentiality agreement. Whether any such information is actually disclosed depends on many factors, such as current market conditions, the prevailing practice in the real estate community, the listing agent's marketing strategy and the instructions of the seller.

Buyer and seller understand that Broker may represent more than one buyer or more than one seller and even both buyer and seller on the same transaction and consents to such relationships.

**Seller and/or Buyer acknowledges reading and understanding this Possible Representation of More Than One Buyer or Seller - Disclosure and Consent and agrees to the agency possibilities disclosed.**

Seller _____  Linda Bui, BK Trustee for the Estate of Nixon  Date 9/25/19
Seller _____  Date _____

Buyer _____  Date _____
Buyer _____  Date _____

Buyer's Brokerage Firm _____  DRE Lic # _____  Date _____
By _____  DRE Lic # _____  Date _____

Seller's Brokerage Firm **Pro Realty Group** _____  DRE Lic # *01270203*  Date _____
By _Matt Vanderbeek_ _____  DRE Lic # *01270203*  Date 8/30/2019
    Matt Vanderbeek
    45C79855B8DA419...

© 2018, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

PRBS REVISED 12/18 (PAGE 1 OF 1)
**POSSIBLE REPRESENTATION OF MORE THAN ONE BUYER OR SELLER (PRBS PAGE 1 OF 1)**

| Pro Realty Group | , 54 Endless Vista | Aliso Viejo | , CA 92656 | Phone: 949.795.8914 | Fax: 949.360.6026 | 7413 Maggie |

Matt Vanderbeek                Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

# Exhibit 3

DocuSign Envelope ID: 5182D228-FAEC-419E-8D19-F82F8A92FA05



# CALIFORNIA
# ASSOCIATION
# OF REALTORS®

**WIRE FRAUD AND ELECTRONIC FUNDS
TRANSFER ADVISORY**
(C.A.R. Form WFA, Revised 12/17)

Property Address: **7413 Maggie Lane, Eastvale, CA  92880** _____ ("Property").

## WIRE FRAUD AND ELECTRONIC FUNDS TRANSFERS ADVISORY:

The ability to communicate and conduct business electronically is a convenience and reality in nearly all parts of our lives. At the same time, it has provided hackers and scammers new opportunities for their criminal activity. Many businesses have been victimized and the real estate business is no exception.

While wiring or electronically transferring funds is a welcome convenience, we all need to exercise extreme caution. Emails attempting to induce fraudulent wire transfers have been received and have appeared to be legitimate. Reports indicate that some hackers have been able to intercept emailed transfer instructions, obtain account information and, by altering some of the data, redirect the funds to a different account. It also appears that some hackers were able to provide false phone numbers for verifying the wiring or funds transfer instructions. In those cases, the victim called the number provided to confirm the instructions, and then unwittingly authorized a transfer to somewhere or someone other than the intended recipient.

## ACCORDINGLY, YOU ARE ADVISED:

1. **Obtain phone numbers and account numbers only from Escrow Officers, Property Managers, or Landlords at the beginning of the transaction.**
2. **DO NOT EVER WIRE OR ELECTRONICALLY TRANSFER FUNDS PRIOR TO CALLING TO CONFIRM THE TRANSFER INSTRUCTIONS. ONLY USE A PHONE NUMBER YOU WERE PROVIDED PREVIOUSLY. Do not use any different phone number or account number included in any emailed transfer instructions.**
3. **Orally confirm the transfer instruction is legitimate and confirm the bank routing number, account numbers and other codes before taking steps to transfer the funds.**
4. **Avoid sending personal information in emails or texts.  Provide such information in person or over the telephone directly to the Escrow Officer, Property Manager, or Landlord.**
5. **Take steps to secure the system you are using with your email account. These steps include creating strong passwords, using secure WiFi, and not using free services.**

If you believe you have received questionable or suspicious wire or funds transfer instructions, immediately notify your bank, and the other party, and the Escrow Office, Landlord, or Property Manager. The sources below, as well as others, can also provide information:

Federal Bureau of Investigation: https://www.fbi.gov/; the FBI's IC3 at www.ic3.gov; or 310-477-6565

National White Collar Crime Center: http://www.nw3c.org/

On Guard Online: https://www.onguardonline.gov/

**NOTE: There are existing alternatives to electronic and wired fund transfers such as cashier's checks. By signing below, the undersigned acknowledge that each has read, understands and has received a copy of this Wire Fraud and Electronic Funds Transfer Advisory.**

Buyer/Tenant _____ Date _____
Buyer/Tenant _____ Date _____
Seller/Landlord _____ Lynda Bui, BK Trustee for the Estate of Nixon Tiangco Sy. Date 9/25/19
Seller/Landlord _____ Date _____

©2016-2017, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

WFA REVISED 12/17 (PAGE 1 OF 1)
**WIRE FRAUD AND ELECTRONIC FUNDS TRANSFER ADVISORY (WFA PAGE 1 OF 1)**

Pro Realty Group, 54 Endless Vista   Aliso Viejo  , CA 92656   Phone: 949.795.8914   Fax: 949.360.6026   7413 Maggie
Matt Vanderbeek   Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

# Exhibit 3

DocuSign Envelope ID: 5162D228-FAEC-419E-8D13-F82F2492FA0F

CALIFORNIA
ASSOCIATION
OF REALTORS®

**RESIDENTIAL LISTING AGREEMENT**
(Exclusive Authorization and Right to Sell)
(C.A.R. Form RLA, Revised 12/18)

Date Prepared: _08/30/2019_                                    ,

1. **EXCLUSIVE RIGHT TO SELL:** _Linda Bui, BK Trustee for the Estate of Nixon Tiangco Sy._ ("Seller")
hereby employs and grants _Pro Realty Group_ ("Broker")
beginning (date) _August 30, 2019_ and ending at 11:59 P.M. on (date) _August 30, 2019_ ("Listing Period")
the exclusive and irrevocable right to sell or exchange the real property described as _7413 Maggie Lane_
_____, situated in _Eastvale_ (City),
_Riverside_ (County), California, _92880_ (Zip Code), Assessor's Parcel No. _152-483-027_ ("Property").
☐ This Property is a manufactured (mobile) home. See addendum for additional terms.
☐ This Property is being sold as part of a probate, conservatorship or guardianship. See addendum for additional terms.
2. **LISTING PRICE AND TERMS:**
   A. The listing price shall be: _Five hundred fifty nine thousand nine hundred_ Dollars ($ _559,900_ ).
   B. Listing Terms: _____

3. **COMPENSATION TO BROKER:**
   **Notice: The amount or rate of real estate commissions is not fixed by law. They are set by each Broker individually and may be negotiable between Seller and Broker (real estate commissions include all compensation and fees to Broker).**
   A. Seller agrees to pay to Broker as compensation for services irrespective of agency relationship(s), either ☒ _6.000_ percent of the listing price (or if a purchase agreement is entered into, of the purchase price), or ☐ $ _____,
   AND _____ , as follows:
      (1) If during the Listing Period, or any extension, Broker, cooperating broker, Seller or any other person procures a ready, willing, and able buyer(s) whose offer to purchase the Property on any price or terms is accepted by Seller, provided the Buyer completes the transaction or is prevented from doing so by Seller. (Broker is entitled to compensation whether any escrow resulting from such offer closes during or after the expiration of the Listing Period, or any extension.)
   OR (2) If within _____ calendar days (a) after the end of the Listing Period or any extension; or (b) after any cancellation of this Agreement, unless otherwise agreed, Seller enters into a contract to sell, convey, lease or otherwise transfer the Property to anyone ("Prospective Buyer") or that person's related entity: (i) who physically entered and was shown the Property during the Listing Period or any extension by Broker or a cooperating broker; or (ii) for whom Broker or any cooperating broker submitted to Seller a signed, written offer to acquire, lease, exchange or obtain an option on the Property. Seller, however, shall have no obligation to Broker under paragraph 3A(2) unless, not later than the end of the Listing Period or any extension or cancellation, Broker has given Seller a written notice of the names of such Prospective Buyers.
   OR (3) If, without Broker's prior written consent, the Property is withdrawn from sale, conveyed, leased, rented, otherwise transferred, or made unmarketable by a voluntary act of Seller during the Listing Period, or any extension.
   B. If completion of the sale is prevented by a party to the transaction other than Seller, then compensation which otherwise would have been earned under paragraph 3A shall be payable only if and when Seller collects damages by suit, arbitration, settlement or otherwise, and then in an amount equal to the lesser of one-half of the damages recovered or the above compensation, after first deducting title and escrow expenses and the expenses of collection, if any.
   C. In addition, Seller agrees to pay Broker: _____ .
   D. Seller has been advised of Broker's policy regarding cooperation with, and the amount of compensation offered to, other brokers.
      (1) Broker is authorized to cooperate with and compensate brokers participating through the multiple listing service(s) ("MLS") by offering to MLS brokers out of Broker's compensation specified in 3A, either ☒ _2.000_ percent of the purchase price, or ☐ $ _____ .
      (2) Broker is authorized to cooperate with and compensate brokers operating outside the MLS as per Broker's policy.
   E. Seller hereby irrevocably assigns to Broker the above compensation from Seller's funds and proceeds in escrow. Broker may submit this Agreement, as instructions to compensate Broker pursuant to paragraph 3A, to any escrow regarding the Property involving Seller and a buyer, Prospective Buyer or other transferee.
   F. (1) Seller represents that Seller has not previously entered into a listing agreement with another broker regarding the Property, unless specified as follows: _____
      (2) Seller warrants that Seller has no obligation to pay compensation to any other broker regarding the Property unless the Property is transferred to any of the following individuals or entities: _____
      (3) If the Property is sold to anyone listed above during the time Seller is obligated to compensate another broker: (i) Broker is not entitled to compensation under this Agreement; and (ii) Broker is not obligated to represent Seller in such transaction.

© 2019, California Association of REALTORS®, Inc.                    Seller's Initials ( _NB_ ) (         )
RLA REVISED 12/18 (PAGE 1 OF 5)

**RESIDENTIAL LISTING AGREEMENT - EXCLUSIVE (RLA PAGE 1 OF 5)**

**Exhibit 3**

DocuSign Envelope ID: 51C2D228-FAEC-419E-8D13-F82F8292FA0B

Property Address: *7413 Maggie Lane, Eastvale, CA  92880* _____    Date: *08/30/2019* ___

4. **A.  ITEMS EXCLUDED AND INCLUDED:** Unless otherwise specified in a real estate purchase agreement, all fixtures and fittings that are attached to the Property are included, and personal property items are excluded, from the purchase price.
   ADDITIONAL ITEMS EXCLUDED: _____ .
   ADDITIONAL ITEMS INCLUDED: _____ .
   Seller intends that the above items be excluded or included in offering the Property for sale, but understands that: (i) the purchase agreement supersedes any intention expressed above and will ultimately determine which items are excluded and included in the sale; and (ii) Broker is not responsible for and does not guarantee that the above exclusions and/or inclusions will be in the purchase agreement.

   **B.  (1) Leased Or Not Owned Items:** The following items are leased or not owned by Seller:
   ☐ Solar power system    ☐ Alarm system    ☐ Propane tank    ☐ Water Softener
   ☐ Other _____
   **(2) Liened Items:** The following items have been financed and a lien has been placed on the Property to secure payment:
   ☐ Solar power system    ☐ Windows or doors    ☐ Heating/Ventilation/Air conditioning system
   ☐ Other _____
   Seller will provide to Buyer, as part of the sales agreement, copies of lease documents, or other documents obligating Seller to pay for any such leased or liened item.

5. **MULTIPLE LISTING SERVICE:**
   **A.** Broker is a participant/subscriber to _____ *CRMLS* _____ Multiple Listing Service (MLS) and possibly others. Unless otherwise instructed in writing the Property will be listed with the MLS(s) specified above. That MLS is (or if checked ☐ is not) the primary MLS for the geographic area of the Property. All terms of the transaction, including sales price and financing, if applicable, (i) will be provided to the MLS in which the property is listed for publication, dissemination and use by persons and entities on terms approved by the MLS and (ii) may be provided to the MLS even if the Property was not listed with the MLS. Seller consents to Broker providing a copy of this listing agreement to the MLS if required by the MLS.

---

### BENEFITS OF USING THE MLS; IMPACT OF OPTING OUT OF THE MLS; PRESENTING ALL OFFERS

**WHAT IS AN MLS?** The MLS is a database of properties for sale that is available and disseminated to and accessible by all other real estate agents who are participants or subscribers to the MLS. Property information submitted to the MLS describes the price, terms and conditions under which the Seller's property is offered for sale (including but not limited to the listing broker's offer of compensation to other brokers). It is likely that a significant number of real estate practitioners in any given area are participants or subscribers to the MLS. The MLS may also be part of a reciprocal agreement to which other multiple listing services belong. Real estate agents belonging to other multiple listing services that have reciprocal agreements with the MLS also have access to the information submitted to the MLS. The MLS may further transmit listing information to Internet sites that post property listings online.

**EXPOSURE TO BUYERS THROUGH MLS:** Listing property with an MLS exposes a seller's property to all real estate agents and brokers (and their potential buyer clients) who are participants or subscribers to the MLS or a reciprocating MLS.

**CLOSED/PRIVATE LISTING CLUBS OR GROUPS:** Closed or private listing clubs or groups are not the same as the MLS. The MLS referred to above is accessible to all eligible real estate licensees and provides broad exposure for a listed property. Private or closed listing clubs or groups of licensees may have been formed outside the MLS. Private or closed listing clubs or groups are accessible to a more limited number of licensees and generally offer less exposure for listed property. Whether listing property through a closed, private network - and excluding it from the MLS - is advantageous or disadvantageous to a seller, and why, should be discussed with the agent taking the Seller's listing.

**NOT LISTING PROPERTY IN A LOCAL MLS:** If the Property is listed in an MLS which does not cover the geographic area where the Property is located then real estate agents and brokers working that territory, and Buyers they represent looking for property in the neighborhood, may not be aware the Property is for sale.

**OPTING OUT OF MLS:** If Seller elects to exclude the Property from the MLS, Seller understands and acknowledges that: (a) real estate agents and brokers from other real estate offices, and their buyer clients, who have access to that MLS may not be aware that Seller's Property is offered for sale; (b) information about Seller's Property will not be transmitted from the MLS to various real estate Internet sites that are used by the public to search for property listings; (c) real estate agents, brokers and members of the public may be unaware of the terms and conditions under which Seller is marketing the Property.

**REDUCTION IN EXPOSURE:** Any reduction in exposure of the Property may lower the number of offers and negatively impact the sales price.

**PRESENTING ALL OFFERS:** Seller understands that Broker must present all offers received for Seller's Property unless Seller gives Broker written instructions to the contrary.

---

Seller's Initials ( _____ )( _____ )          Broker's/Agent's Initials ( *MV* )( _____ )

Seller's Initials ( _____ ) ( _____ )

**RESIDENTIAL LISTING AGREEMENT - EXCLUSIVE (RLA PAGE 2 OF 5)**

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com          7413 Maggie

# Exhibit 3

DocuSign Envelope ID: 5162D228-FALC-419E-8D13-F62F8A92FA08

Property Address: *7413 Maggie Lane, Eastvale, CA  92880*                                                      Date: *08/30/2019*

B. MLS rules generally provide that residential real property and vacant lot listings be submitted to the MLS within 2 days or some other period of time after all necessary signatures have been obtained on the listing agreement. Broker will not have to submit this listing to the MLS if, within that time, Broker submits to the MLS an appropriate form signed by Seller.
☐ Seller elects to exclude the Property from the MLS as provided by C.A.R. Form SELM or the local equivalent form.

C. MLS rules allow MLS data to be made available by the MLS to additional Internet sites unless Broker gives the MLS instructions to the contrary. Seller acknowledges that for any of the below opt-out instructions to be effective, Seller must make them on a separate instruction to Broker signed by Seller. Specific information that can be excluded from the Internet as permitted by (or in accordance with) the MLS is as follows:

(1) **Property Availability On The MLS; Address On The MLS:** Seller can instruct Broker to have the MLS not display the Property or the Property address on the Internet. Seller understands that either of these opt-outs would mean consumers searching for listings on the Internet may not see the Property or Property's address in response to their search.

(2) **Feature Opt-Outs:** Seller can instruct Broker to advise the MLS that Seller does not want visitors to MLS Participant or Subscriber Websites or Electronic Displays that display the Property listing to have the features below. Seller understands (i) that these opt-outs apply only to Websites or Electronic Displays of MLS Participants and Subscribers who are real estate broker and agent members of the MLS; (ii) that other Internet sites may or may not have the features set forth herein; and (iii) that neither Broker nor the MLS may have the ability to control or block such features on other Internet sites.

(a) **Comments And Reviews:** The ability to write comments or reviews about the Property on those sites; or the ability to link to another site containing such comments or reviews if the link is in immediate conjunction with the Property display.

(b) **Automated Estimate Of Value:** The ability to create an automated estimate of value or to link to another site containing such an estimate of value if the link is in immediate conjunction with the Property display. ☐ Seller elects to opt out of certain Internet features as provided by C.A.R. Form SELI or the local equivalent form.

6. **SELLER REPRESENTATIONS:** Seller represents that, unless otherwise specified in writing, Seller is unaware of: (i) any Notice of Default recorded against the Property; (ii) any delinquent amounts due under any loan secured by, or other obligation affecting, the Property; (iii) any bankruptcy, insolvency or similar proceeding affecting the Property; (iv) any litigation, arbitration, administrative action, government investigation or other pending or threatened action that affects or may affect the Property or Seller's ability to transfer it; and (v) any current, pending or proposed special assessments affecting the Property. Seller shall promptly notify Broker in writing if Seller becomes aware of any of these items during the Listing Period or any extension thereof.

7. **BROKER'S AND SELLER'S DUTIES:**

A. Broker agrees to exercise reasonable effort and due diligence to achieve the purposes of this Agreement. Unless Seller gives Broker written instructions to the contrary, Broker is authorized, but not required, to (i) order reports and disclosures including those specified in 7C as necessary, (ii) advertise and market the Property by any method and in any medium selected by Broker, including MLS and the Internet, and, to the extent permitted by these media, control the dissemination of the information submitted to any medium; and (iii) disclose to any real estate licensee making an inquiry the receipt of any offers on the Property and the offering price of such offers.

B. Seller agrees to consider offers presented by Broker, and to act in good faith to accomplish the sale of the Property by, among other things, making the Property available for showing at reasonable times and, subject to paragraph 3F, referring to Broker all inquiries of any party interested in the Property. Seller is responsible for determining at what price to list and sell the Property.

C. Investigations and Reports: Seller agrees, within 5 (or _____ ) Days of the beginning date of this Agreement, to pay for the following pre-sale reports: ☐ Structural Pest Control ☐ General Property Inspection ☐ Homeowners Association Documents ☐ Other _____

D. Seller further agrees to indemnify, defend and hold Broker harmless from all claims, disputes, litigation, judgments attorney fees and costs arising from any incorrect or incomplete information supplied by Seller, or from any material facts that Seller knows but fails to disclose including dangerous or hidden conditions on the Property.

8. **DEPOSIT:** Broker is authorized to accept and hold on Seller's behalf any deposits to be applied toward the purchase price.

9. **AGENCY RELATIONSHIPS:**

A. **Disclosure:** The Seller acknowledges receipt of a ☒ "Disclosure Regarding Real Estate Agency Relationships" (C.A.R. Form AD).

B. **Seller Representation:** Broker shall represent Seller in any resulting transaction, except as specified in paragraph 3F.

C. **Possible Dual Agency With Buyer:** Depending upon the circumstances, it may be necessary or appropriate for Broker to act as an agent for both Seller and buyer, exchange party, or one or more additional parties ("Buyer"). Broker shall, as soon as practicable, disclose to Seller any election to act as a dual agent representing both Seller and Buyer. If a Buyer is procured directly by Broker or an associate-licensee in Broker's firm, Seller hereby consents to Broker acting as a dual agent for Seller and Buyer. In the event of an exchange, Seller hereby consents to Broker collecting compensation from additional parties for services rendered, provided there is disclosure to all parties of such agency and compensation. Seller understands and agrees that: a dual agent may not, without the express permission of the respective party, disclose to the other party confidential information, including, but not limited to, facts relating to either the Buyer's or Seller's financial position, motivations, bargaining position, or other personal information that may impact price, including the Seller's willingness to accept a price less than the listing price or the Buyer's willingness to pay a price greater than the price offered; and except as set forth above, a dual agent is obligated to disclose known facts materially affecting the value or desirability of the Property to both parties.

Seller's Initials  ( _____ ) ( _____ )



**RESIDENTIAL LISTING AGREEMENT - EXCLUSIVE (RLA PAGE 3 OF 5)**

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com                     7413 Maggie



**Exhibit 3**

DocuSign Envelope ID: 5162D228-A4CC-419F-8D19-D2F13A92FA08

Property Address: *7413 Maggie Lane, Eastvale, CA  92880* _____ Date: *08/30/2019*

    **D. Confirmation:** Broker shall confirm the agency relationship described above, or as modified, in writing, prior to or concurrent with Seller's execution of a purchase agreement.

    **E. Potentially Competing Sellers and Buyers:** Seller understands that Broker may have or obtain listings on other properties, and that potential buyers may consider, make offers on, or purchase through Broker, property the same as or similar to Seller's Property. Seller consents to Broker's representation of sellers and buyers of other properties before, during and after the end of this Agreement. Seller acknowledges receipt of a ☒ "Possible Representation of More than One Buyer or Seller - Disclosure and Consent" (C.A.R. Form PRBS).

**10. SECURITY, INSURANCE, SHOWINGS, AUDIO AND VIDEO:** Broker is not responsible for loss of or damage to personal or real property, or person, whether attributable to use of a keysafe/lockbox, a showing of the Property, or otherwise. Third parties, including, but not limited to, appraisers, inspectors, brokers and prospective buyers, may have access to, and take videos and photographs of, the interior of the Property.  Seller agrees: (i) to take reasonable precautions to safeguard and protect valuables that might be accessible during showings of the Property; and (ii) to obtain insurance to protect against these risks. Broker does not maintain insurance to protect Seller. Persons visiting the Property may not be aware that they could be recorded by audio or visual devices installed by Seller (such as "nanny cams" and hidden security cameras). Seller is advised to post notice disclosing the existence of security devices.

**11. PHOTOGRAPHS AND INTERNET ADVERTISING:**

    **A.** In order to effectively market the Property for sale it is often necessary to provide photographs, virtual tours and other media to buyers. Seller agrees (or ☐ if checked, does not agree) that Broker may photograph or otherwise electronically capture images of the exterior and interior of the Property ("Images") for static and/or virtual tours of the Property by buyers and others  for use on Broker's website, the MLS, and other marketing materials and sites. Seller acknowledges that once Images are placed on the Internet neither Broker nor Seller has control over who can view such Images and what use viewers make of the Images, or how long such Images may remain available on the Internet. Seller further assigns any rights in all Images to the Broker and agrees that such Images are the property of Broker and that Broker may use such Images for advertising, including post sale and for Broker's business in the future.

    **B.** Seller acknowledges that prospective buyers and/or other persons coming onto the property may take photographs, videos or other images of the property. Seller understands that Broker does not have the ability to control or block the taking and use of Images by any such persons. (If checked ) ☐ Seller instructs Broker to publish in the MLS that taking of Images is limited to those persons preparing Appraisal or Inspection reports. Seller acknowledges that unauthorized persons may take images who do not have access to or have not read any limiting instruction in the MLS or who take images regardless of any limiting instruction in the MLS. Once Images are taken and/or put into electronic display on the Internet or otherwise, neither Broker nor Seller has control over who views such Images nor what use viewers may make of the Images.

**12. KEYSAFE/LOCKBOX:** A keysafe/lockbox is designed to hold a key to the Property to permit access to the Property by Broker, cooperating brokers, MLS participants, their authorized licensees and representatives, authorized inspectors, and accompanied prospective buyers. Broker, cooperating brokers, MLS and Associations/Boards of REALTORS® are not insurers against injury, theft, loss, vandalism or damage attributed to the use of a keysafe/lockbox. Seller does (or if checked ☐ does not) authorize Broker to install a keysafe/lockbox. If Seller does not occupy the Property, Seller shall be responsible for obtaining occupant(s)' written permission for use of a keysafe/lockbox (C.A.R. Form KLA).

**13. SIGN:** Seller does (or if checked ☐ does not) authorize Broker to install a FOR SALE/SOLD sign on the Property.

**14. EQUAL HOUSING OPPORTUNITY:** The Property is offered in compliance with federal, state and local anti-discrimination laws.

**15. ATTORNEY FEES:** In any action, proceeding or arbitration between Seller and Broker to enforce the compensation  provisions of this Agreement, the prevailing Seller or Broker shall be entitled to reasonable attorney fees and costs from the non-prevailing Seller or Broker, except as provided in paragraph 19A.

**16. ADDITIONAL TERMS:** ☐ REO Advisory Listing (C.A.R. Form REOL) ☐ Short Sale Information and Advisory (C.A.R. Form SSIA) ☐ Trust Advisory (C.A.R. Form TA)

    ☐ Seller intends to include a contingency to purchase a replacement property as part of any resulting transaction

*This Listing Agreement and any sale of the property is subject to and conditioned upon approval by the United States Bankruptcy Court.*

_____

**17. MANAGEMENT APPROVAL:** If an associate-licensee in Broker's office (salesperson or broker-associate) enters into this Agreement on Broker's behalf, and Broker or Manager does not approve of its terms, Broker or Manager has the right to cancel this Agreement, in writing, within **5 Days** After its execution.

**18. SUCCESSORS AND ASSIGNS:** This Agreement shall be binding upon Seller and Seller's successors and assigns.

**19. DISPUTE RESOLUTION:**

    **A. MEDIATION:** Seller and Broker agree to mediate any dispute or claim arising between them regarding the obligation to pay compensation under this Agreement, before resorting to arbitration or court action. Mediation fees, if any, shall be divided equally among the parties involved. If, for any dispute or claim to which this paragraph applies, any party (i) commences an action without first attempting to resolve the matter through mediation, or (ii) before commencement of an action, refuses to mediate after a request has been made, then that party shall not be entitled to recover attorney fees, even if they would otherwise be available to that party in any such action. **Exclusions from this mediation agreement are specified in paragraph 19B.**

Seller's Initials ( _X_ ) ( _____ )

**RESIDENTIAL LISTING AGREEMENT - EXCLUSIVE (RLA PAGE 4 OF 5)**

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com   7413 Maggie

# Exhibit 3

DocuSign Envelope ID: 97EB1228-A7EC-419C-8D7F-02F13A92FA09

Property Address: **7413 Maggie Lane, Eastvale, CA  92880**                                      Date: **08/30/2019**

   B. **ADDITIONAL MEDIATION TERMS:** The following matters shall be excluded from mediation: (i) a judicial or non-judicial foreclosure or other action or proceeding to enforce a deed of trust, mortgage or installment land sale contract as defined in Civil Code §2985; (ii) an unlawful detainer action; (iii) the filing or enforcement of a mechanic's lien; and (iv) any matter that is within the jurisdiction of a probate, small claims or bankruptcy court. The filing of a court action to enable the recording of a notice of pending action, for order of attachment, receivership, injunction, or other provisional remedies, shall not constitute a waiver or violation of the mediation provisions.

   C. **ADVISORY:** If Seller and Broker desire to resolve disputes arising between them through arbitration rather than court, they can document their agreement by attaching and signing an Arbitration Agreement (C.A.R. Form ARB).

**20. ENTIRE AGREEMENT:** All prior discussions, negotiations and agreements between the parties concerning the subject matter of this Agreement are superseded by this Agreement, which constitutes the entire contract and a complete and exclusive expression of their agreement, and may not be contradicted by evidence of any prior agreement or contemporaneous oral agreement. If any provision of this Agreement is held to be ineffective or invalid, the remaining provisions will nevertheless be given full force and effect. This Agreement and any supplement, addendum or modification, including any photocopy or facsimile, may be executed in counterparts.

**21. OWNERSHIP, TITLE AND AUTHORITY:** Seller warrants that: (i) Seller is the owner of the Property; (ii) no other persons or entities have title to the Property; and (iii) Seller has the authority to both execute this Agreement and sell the Property. Exceptions to ownership, title and authority are as follows: _____
_____

☐ **REPRESENTATIVE CAPACITY:** This Listing Agreement is being signed for Seller by an individual acting in a Representative Capacity as specified in the attached Representative Capacity Signature Disclosure (C.A.R. Form RCSD-S). Wherever the signature or initials of the representative identified in the RCSD appear on this Agreement or any related documents, it shall be deemed to be in a representative capacity for the entity described and not in an individual capacity, unless otherwise indicated. Seller (i) represents that the entity for which the individual is signing already exists and (ii) shall Deliver to Broker, within 3 Days After Execution of this Agreement, evidence of authority to act (such as but not limited to: applicable trust document, or portion thereof, letters testamentary, court order, power of attorney, resolution, or formation documents of the business entity).

**By signing below, Seller acknowledges that Seller has read, understands, received a copy of and agrees to the terms of this Agreement.**

Seller _____  *Linda Bui, BK Trustee for the Estate of Nixon* Date 9/29/19
       **Linda Bui, BK Trustee for the Estate of Nixon Tiangco**
Address **3550 Vine Street, Suite 210**                City **Riverside**          State **CA**    Zip **92507**
Telephone **(951)275-9300**       Fax **(951)275-9303**        E-mail **LBui@shbllp.com**

Seller _____  Date _____

Address _____ City _____ State _____ Zip _____
Telephone _____ Fax _____ E-mail _____

☐ Additional Signature Addendum attached (C.A.R. Form ASA)

Real Estate Broker (Firm) **Pro Realty Group**                          DRE Lic. # **01270203**
Address **54 Endless Vista**                        City **Aliso Viejo**          State **CA**    Zip **92656**
By **Matt Vanderbeek**      Tel.**(949)795-8914**    E-mail **MattVanderbeek@gmail.com**  DRE Lic.# **01270203**  Date 8/30/2019
   **Matt Vanderbeek**
By _____ Tel._____ E-mail _____ DRE Lic.#_____ Date _____

☐ Two Brokers with different companies are co-listing the Property. Co-listing Broker information is on the attached Additional Broker Acknowledgement (C.A.R. Form ABA).

© 2019, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

**RLA REVISED 12/18 (PAGE 5 OF 5)**



**RESIDENTIAL LISTING AGREEMENT - EXCLUSIVE (RLA PAGE 5 OF 5)**

# Exhibit 3

DocuSign Envelope ID: 5162D228-FAEC-419E-8D13-F82F8292FA08

**CALIFORNIA
ASSOCIATION
OF REALTORS®**

**SELLER'S ADVISORY**
(C.A.R. Form SA, Revised 12/15)

Property Address: **7413 Maggie Lane, Eastvale, CA 92880** _____ ("Property")

1. **INTRODUCTION:** Selling property in California is a process that involves many steps. From start to finish, it could take anywhere from a few weeks to many months, depending upon the condition of your Property, local market conditions and other factors. You have already taken an important first step by listing your Property for sale with a licensed real estate broker. Your broker will help guide you through the process and may refer you to other professionals, as needed. This advisory addresses many things you may need to think about and do as you market your Property. Some of these things are requirements imposed upon you, either by law or by the listing or sale contract. Others are simply practical matters that may arise during the process. Please read this document carefully and, if you have any questions, ask your broker or appropriate legal or tax advisor for help.

2. **DISCLOSURES:**
   A. **General Disclosure Duties:** You must affirmatively disclose to the buyer, in writing, any and all known facts that materially affect the value or desirability of your Property. You must disclose these facts whether or not asked about such matters by the buyer, any broker, or anyone else. This duty to disclose applies even if the buyer agrees to purchase your Property in its present condition without requiring you to make any repairs. If you do not know what or how to disclose, you should consult a real estate attorney in California of your choosing. Broker cannot advise you on the legal sufficiency of any disclosures you make. If the Property you are selling is a residence with one to four units except for certain subdivisions, your broker also has a duty to conduct a reasonably competent and diligent visual inspection of the accessible areas and to disclose to a buyer all adverse material facts that the inspection reveals. If your broker discovers something that could indicate a problem, your broker must advise the buyer.
   B. **Statutory Duties:** (For one-to-four Residential Units):
      (1) You must timely prepare and deliver to the buyer, among other things, a Real Estate Transfer Disclosure Statement ("TDS"), and a Natural Hazard Disclosure Statement ("NHD"). You have a legal obligation to honestly and completely fill out the TDS form in its entirety. (Many local entities or organizations have their own supplement to the TDS that you may also be asked to complete.) The NHD is a statement indicating whether your Property is in certain designated flood, fire or earthquake/seismic hazard zones. Third-party professional companies can help you with this task.
      (2) Depending upon the age and type of construction of your Property, you may also be required to provide and, in certain cases you can receive limited legal protection by providing, the buyer with booklets entitled "The Homeowner's Guide to Earthquake Safety," "The Commercial Property Owner's Guide to Earthquake Safety," "Protect Your Family From Lead in Your Home" and "Environmental Hazards: A Guide For Homeowners and Buyers." Some of these booklets may be packaged together for your convenience. The earthquake guides ask you to answer specific questions about your Property's structure and preparedness for an earthquake. If you are required to supply the booklet about lead, you will also be required to disclose to the buyer any known lead-based paint and lead-based paint hazards on a separate form. The environmental hazards guide informs the buyer of common environmental hazards that may be found in properties.
      (3) If you know that your property is: (i) located within one mile of a former military ordnance location; or (ii) in or affected by a zone or district allowing manufacturing, commercial or airport use, you must disclose this to the buyer. You are also required to make a good faith effort to obtain and deliver to the buyer a disclosure notice from the appropriate local agency(ies) about any special tax levied on your Property pursuant to the Mello-Roos Community Facilities Act, the Improvement Bond Act of 1915, and a notice concerning the contractual assessment provided by section 5898.24 of the Streets And Highways Code (collectively, "Special Tax Disclosures").
      (4) If the TDS, NHD, or lead, military ordnance, commercial zone or Special Tax Disclosures are provided to a buyer after you accept that buyer's offer, the buyer will have 3 days after delivery (or 5 days if mailed) to terminate the offer, which is why it is extremely important to complete these disclosures as soon as possible. There are certain exemptions from these statutory requirements; however, if you have actual knowledge of any of these items, you may still be required to make a disclosure as the items can be considered material facts.
   C. **Death and Other Disclosures:** Many buyers consider death on real property to be a material fact in the purchase of property. In some situations, it is advisable to disclose that a death occurred or the manner of death; however, California Civil Code Section 1710.2 provides that <u>you have no disclosure duty</u> "where the death has occurred more than three years prior to the date the transferee offers to purchase, lease, or rent the real property, or [regardless of the date of occurrence] that an occupant of that property was afflicted with, or died from, Human T-Lymphotropic Virus Type III/Lymphadenopathy-Associated Virus." This law does not "immunize an owner or his or her agent from making an intentional misrepresentation in response to a direct inquiry from a transferee or a prospective transferee of real property, concerning deaths on the real property."
   D. **Condominiums and Other Common Interest Subdivisions:** If the Property is a condominium, townhouse, or other property in a common interest subdivision, you must provide to the buyer copies of the governing documents, the most recent financial statements distributed, and other documents required by law or contract. If you do not have a current version of these documents, you can request them from the management of your homeowner's association. To avoid delays, you are encouraged to obtain these documents as soon as possible, even if you have not yet entered into a purchase agreement to sell your Property.

3. **CONTRACT TERMS AND LEGAL REQUIREMENTS:**
   A. **Contract Terms and Conditions:** A buyer may request, as part of the contract for the sale of your Property, that you pay for repairs to the Property and other items. Your decision on whether or not to comply with a buyer's requests may affect your ability to sell your Property at a specified price.

© 1991-2015, California Association of REALTORS®, Inc.

Seller's Initials ( _JD_ ) ( _____ )

SA REVISED 12/15 (PAGE 1 OF 2)

**SELLER'S ADVISORY (SA PAGE 1 OF 2)**

**Exhibit 3**

DocuSign Envelope ID: 5162D228-FAEC-419E-8D13-F62FBA92FA08

Property Address: **7413 Maggie Lane, Eastvale, CA  92880** _____ Date: _____

B. **Withholding Taxes:** Under federal and California tax laws, a buyer is required to withhold a portion of the purchase price from your sale proceeds for tax purposes unless you sign an affidavit of non-foreign status and California residency, or some other exemption applies and is documented.

C. **Prohibition Against Discrimination:** Discriminatory conduct in the sale of real property against individuals belonging to legally protected classes is a violation of the law.

D. **Government Required Repairs, Replacements and Alterations:** Under State law, Property owners with limited exceptions, are required to: (1) Install operable smoke alarms and brace water heaters and provide a Buyer with a statement of compliance. Existing operable smoke alarms, that met compliance standards when installed, do no have to be removed even if not up to current legal requirements. Smoke alarms that are added or that replace older versions must comply with current law; and (2) install carbon monoxide detection devices. Some city and county governments may impose additional requirements, including, but not limited to, installing low-flow toilets and showerheads, gas shut-off valves, tempered glass, and barriers around swimming pools and spas. You should consult with the appropriate governmental agencies, inspectors, and other professionals to determine which requirements apply to your Property, the extent to which your Property complies with such requirements, and the costs, if any, of compliance.

E. **EPA's LEAD-BASED PAINT RENOVATION, REPAIR AND PAINTING RULE:** The new rule requires that contractors and maintenance professionals working in pre-1978 housing, child care facilities, and schools with lead-based paint be certified; that their employees be trained; and that they follow protective work practice standards. The rule applies to renovation, repair, or painting activities affecting more than six square feet of lead-based paint in a room or more than 20 square feet of lead-based paint on the exterior. Enforcement of the rule begins October 1, 2010. See the EPA website at www.epa.gov/lead for more information.

F. **Legal, Tax and Other Implications:** Selling your Property may have legal, tax, insurance, title or other implications. You should consult an appropriate professional for advice on these matters.

4. **MARKETING CONSIDERATIONS:**

A. **Pre-Sale Inspections and Considerations:** You should consider doing what you can to prepare your Property for sale, such as correcting any defects or other problems, making cosmetic improvements, and staging. Many people are not aware of defects in or problems with their own Property. One way to make yourself aware is to obtain professional inspections prior to sale. Pre-sale inspections may include a general property inspection; an inspection for wood destroying pest and organisms (Structural Pest Control Report) and an inspection of the septic or well systems, if any, among others. By doing this, you then have an opportunity to make repairs before your Property is sold, which may enhance its marketability. Keep in mind, however, that any problems revealed by such inspection reports or repairs that have been made, whether or not disclosed in a report, should be disclosed to the buyer (see "Disclosures" in paragraph 2 above). This is true even if the buyer gets his/her own inspections covering the same area. Obtaining inspection reports may also assist you during contract negotiations with the buyer. For example, if a Structural Pest Control Report has both a primary and secondary recommendation for clearance, you may want to specify in the purchase agreement those recommendations, if any, for which you are going to pay.

B. **Post-Sale Protections:** It is often helpful to provide the buyer with, among other things, a home protection/warranty plan for the Property. These plans will generally cover problems, not deemed to be pre-existing, that occur after your sale is completed. In the event something does go wrong after the sale, and it is covered by the plan, the buyer may be able to resolve the concern by contacting the home protection company.

C. **Safety Precautions:** Advertising and marketing your Property for sale, including, but not limited to, holding open houses, placing a keysafe/lockbox, erecting FOR SALE signs, and disseminating photographs, video tapes, and virtual tours of the premises, may jeopardize your personal safety and that of your Property. You are strongly encouraged to maintain insurance, and to take any and all possible precautions and safeguards to protect yourself, other occupants, visitors, your Property, and your belongings, including cash, jewelry, drugs, firearms and other valuables located on the Property, against injury, theft, loss, vandalism, damage, and other harm.

D. **Expenses:** You are advised that you, not the Broker, are responsible for the fees and costs, if any, to comply with your duties and obligations to the buyer of your Property.

5. **OTHER ITEMS:** _____

_____

Seller has read and understands this Advisory. By signing below, Seller acknowledges receipt of a copy of this document.

Seller _____ Date 9/25/19

Print Name **Linda Bui, BK Trustee for the Estate of Nixon Tiangco Sy.**

Seller _____ Date _____

Print Name _____

Real Estate Broker (Listing Firm) **Pro Realty Group**                                     DRE Lic.#: **01270203**

By _Matt Vanderbeek_                        **Matt Vanderbeek** DRE Lic.# 01270203    Date 8/30/2019

By _____    DRE Lic.# _____    Date _____

Address **54 Endless Vista**                          City **Aliso Viejo**          State **CA**      Zip **92656**

Telephone **(949)795-8914**          Fax **(949)360-6026**          E-mail **MattVanderbeek@gmail.com**

© 1991-2015, California Association of REALTORS®, Inc. Copyright claimed in Form SA, exclusive of language required by California Civil Code §1710.2. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

SA REVISED 12/15 (PAGE 2 OF 2)

**SELLER'S ADVISORY (SA PAGE 2 OF 2)**



Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com          7413 Maggie

# Exhibit 3



## BK GLOBAL CO-LISTING AGREEMENT

**BK Global Real Estate Services LLC** ("BROKER") has the authority by Lynda Bui for the BK Estate of Nixon Tiangco Sy . ("TRUSTEE") to Co-List the property with Pro Realty Group ("LOCAL LISTING BROKER") on the property described below:

**7413 Maggie Ln. Corona, CA 92880**

**Co-Listing Fee:** The **Local Listing Broker** in exchange for assisting the **Broker** in the listing the related real property shall agree to a commission split as follows:

- **2% to Broker**
- **2% to Local Listing Broker**
- **2% to Buyers Broker**

**Local Listing Broker Duties:** Local Listing Brokers duties will include but will not be limited to the following services;

- Inspecting the property and completing a broker's price opinion.
- Listing the property in the multiple listing service (MLS).
- Posting a for sale sign in the yard and coordinating showings.

**Additional Terms and Conditions:**
- "2-2-2" is defined as a three-party commission model where the listing brokerage, the buyer brokerage and BK Global each earn 2% of the gross sale price (assuming a 6% gross commission) for properties that result in a consummated sale. Any commission reduction must be agreed upon by all parties and reduced equally.
- The transfer of title to a listed property pursuant to a deed in lieu of foreclosure or otherwise to a non-third-party purchaser such as a secured creditor does not constitute the consummation of a sale.

DATED this _22_ day of _August_ , 2019

**Broker:**

**BK Global Real Estate Services LLC**

By: _____
Signature

Patrick Butler
Print Name

Corporate Broker
Title

3349908
License ID

**Local Listing Agent:**

**Matt Vanderbeek**

By: _____
Signature

MATT VANDERBEEK
Print Name

Owner / Broker
Title

# 01270203
License ID

# Exhibit 3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 **100 Spectrum Center Drive, Suite 600, Irvine, California 92618**

A true and correct copy of the foregoing document entitled: **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION [LBR 9013-1(o)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __10/08/2019__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __10/08/2019__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __N/A__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| __10/08/2019__ | **Lorre Clapp** | **/s/ Lorre Clapp** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                  Page 3              **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

## NEF SERVICE LIST

- **Lynda T. Bui (TR)**    Chapter 7 Trustee trustee.bui@shbllp.com, C115@ecfcbis.com
- **Wendy A Locke**    on behalf of Select Portfolio Servicing Inc as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the Washington Mutual Mortgage Pass-Through Certifi  ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Valerie Smith**    on behalf of Interested Party claims@recoverycorp.com
- **Rex Tran**    on behalf of the Debtor rtran@tranbankruptcylaw.com, rtran@tranbklaw.com;r42731@notify.bestcase.com
- **United States Trustee (RS)**    on behalf of the United States Trustee ustpregion16.rs.ecf@usdoj.gov

## UNITED STATES MAIL SERVICE LIST

DEBTOR:
Nixon Tiangco Sy
7413 Maggie Ln
Eastvale, Ca 92880-3378

COURT MAILING LIST:
Bank Of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, Fl 33634-2413

COURT MAILING LIST:
Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, De 19850-5298

COURT MAILING LIST:
Citibank/Goodyear
Citibank Corp/Centralized Bankruptcy
Po Box 790034
Saint Louis, Mo 63179-0034

COURT MAILING LIST:
Comenity Capital Bank/Hsn
Attn:  Bankruptcy Dept
Po Box 182125
Columbus, Oh 43218-2125

COURT MAILING LIST:
Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, Pa 19101-7346

COURT MAILING LIST:
Employment Development Dept.
Bankruptcy Group Mic 92e
P.O. Box 826880
Sacramento, Ca 94280-0001

COURT MAILING LIST:
Barclays Bank Delaware
Attn: Correspondence
Po Box 8801
Wilmington, De 19899-8801

COURT MAILING LIST:
Citibank
Centralized Bankruptcy
Po Box 790034
St Louis, Mo 63179-0034

COURT MAILING LIST:
Citibank/Shell Oil
Citibank Corp/Centralized Bankruptcy
Po Box 790034
Saint Louis, Mo 63179-0034

COURT MAILING LIST:
County Of Orange
Po Box 22099
Santa Ana, Ca 92702-2099

COURT MAILING LIST:
Kohls/Capital One
Kohls Credit
Po Box 3120
Milwaukee, Wi 53201-3120

COURT MAILING LIST:
Franchise Tax Board
Bankruptcy Section Ms: A-340
P.O. Box 2952
Sacramento, Ca 95812-2952

COURT MAILING LIST:
Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, Ut 84130-0285

COURT MAILING LIST:
Citibank/Best Buy
Attn: Bankruptcy
Po Box 790441
St. Louis, Mo 63179-0441

COURT MAILING LIST:
Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, Oh 43218-2125

COURT MAILING LIST:
Discover Financial Services Llc
Po Box 3025
New Albany Oh 43054-3025

COURT MAILING LIST:
Nordstrom Fsb
Attn: Bankruptcy
Po Box 6555
Englewood, Co 80155-6555

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                                    **F 9013-3.1.PROOF.SERVICE**

COURT MAILING LIST:
Quall Cardot Llp
205 E River Park Cicle #110
Fresno, Ca 93720-1572

COURT MAILING LIST:
Select Portfolio Servicing
Po Box 65250
Salt Lake City, Ut 84165-0250

COURT MAILING LIST:
Syncb/Toys R Us
Attn: Bankruptcy
Po Box 965060
Orlando, Fl 32896-5060

COURT MAILING LIST:
Synchrony Bank/ Jc Penneys
Attn: Bankruptcy
Po Box 956060
Orlando, Fl 32896-0001

COURT MAILING LIST:
Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, Fl 32896-5060

COURT MAILING LIST:
Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 965060
Orlando, Fl 32896-5060

COURT MAILING LIST:
Synchrony Bank/Mervyns
Attn: Bankruptcy
Po Box 965060
Orlando, Fl 32896-5060

COURT MAILING LIST:
Synchrony Bank/Tjx
Attn: Bankruptcy
Po Box 965060
Orlando, Fl 32896-5060

COURT MAILING LIST:
Synchrony Bank/Walmart
Attn: Bankruptcy
Po Box 965060
Orlando, Fl 32896-5060

COURT MAILING LIST:
Target
Attn: Bankruptcy
Po Box 9475
Minneapolis, Mn 55440-9475

COURT MAILING LIST:
Visa Dept Store National Bank/Macy's
Attn: Bankruptcy
Po Box 8053
Mason, Oh 45040-8053

COURT MAILING LIST:
Wells Fargo Bank Na
Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, Ia 50328-0001

Returned Mail

COURT MAILING LIST:
Courtesy Nef
Undeliverable

COURT MAILING LIST:
Select Portfolio Servicing Inc As Servicer F
Undeliverable

COURT MAILING LIST:
Riverside Division
3420 Twelfth Street,
Riverside, Ca 92501-3819
Undeliverable

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**File a Motion:**

[6:19-bk-14667-MW Nixon Tiangco Sy](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 6 (Riverside) |
| Assets: n | Debtor disposition: Standard Discharge | Judge: MW |

## U.S. Bankruptcy Court

## Central District of California

Notice of Electronic Filing

The following transaction was received from Lynda T. Bui (TR) entered on 10/8/2019 at 5:31 PM PDT and filed on 10/8/2019

**Case Name:**     Nixon Tiangco Sy
**Case Number:**   [6:19-bk-14667-MW](#)
**Document Number:** [28](#)

**Docket Text:**
Application to Employ Pro Realty Group and BK Global Real Estate Services as Real Estate Broker *Chapter 7 Trustees Application for Order Authorizing Employment of the Broker Team of Pro Realty Group and Bk Global Real Estate Services as Real Estate Broker; Declarations of Matt Vanderbeek and Patrick Butler in Support Thereof (with Notice of Opportunity to Request a Hearing and proof of service)* Filed by Trustee Lynda T. Bui (TR) (Bui (TR), Lynda)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Employ Short Sale Broker Team App TC Sy-FILE COPY WITH NOTICE.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=10/8/2019] [FileNumber=96093195-0] [7a593488f367343877696ca0fdbcbb39c2314efe2fe124d055b33f2af3acce90db 803b5a7cb99cec6c6282981d4af06245966f3fcf1e2bbbb7175fd59c3429dc]]

**6:19-bk-14667-MW Notice will be electronically mailed to:**

Lynda T. Bui (TR)
trustee.bui@shbllp.com, C115@ecfcbis.com

Wendy A Locke on behalf of Creditor Select Portfolio Servicing Inc as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the Washington Mutual Mortgage Pass-Through Certifi
ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com

Wendy A Locke on behalf of Interested Party Courtesy NEF
ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com

Valerie Smith on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

Rex Tran on behalf of Debtor Nixon Tiangco Sy
rtran@tranbankruptcylaw.com, rtran@tranbklaw.com;r42731@notify.bestcase.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

**6:19-bk-14667-MW Notice will not be electronically mailed to:**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/28/2019    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 10/28/2019    , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/28/2019 | Lorre Clapp | /s/ Lorre Clapp |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## NEF Service List:

- **Lynda T. Bui (TR)** Chapter 7 Trustee trustee.bui@shbllp.com, C115@ecfcbis.com

- **Wendy A Locke** on behalf of Select Portfolio Servicing Inc as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the Washington Mutual Mortgage Pass-Through Certifi  ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com

- **Valerie Smith** on behalf of Interested Party claims@recoverycorp.com

- **Rex Tran** on behalf of the Debtor rtran@tranbankruptcylaw.com, rtran@tranbklaw.com; r42731@notify.bestcase.com

- **United States Trustee (RS)** on behalf of the United States Trustee ustpregion16.rs.ecf@usdoj.gov

## U.S. Mail Service List:

**Judge's Copy:**

Hon Mark S Wallace, US Bankruptcy Court, 411 W Fourth Street, Suite 6135, Santa Ana, CA 92701