Wendy Locke (SBN 285202)
wlocke@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant Select Portfolio Servicing Inc. as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR1 Trust

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA (RIVERSIDE)

| | |
|---|---|
| In re<br><br>NIXON TIANGCO SY,<br><br>Debtor. | Case No. 19-14667-MW<br><br>Chapter 7<br><br>STATUS REPORT REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>**Hearing**:<br>Date:    December 10, 2019<br>Time:    9:00 A.M.<br>Ctrm:    225<br><br>3420 Twelfth Street,<br>Riverside, CA 92501 |

Select Portfolio Servicing Inc. as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR1 Trust ("Movant") submits the following Status Report regarding Movant's Motion for Relief from Automatic Stay ("Motion").

On August 6, 2019, Movant filed the Motion, seeking relief as it relates to the real property located at 7413 Maggie Lane, Corona, California 92880 (the "Property"). (*See* Docket Entry No. 14).

On September 10, 2019, at the initial hearing on the Motion, Movant requested the hearing be continued to allow the Chapter 7 Trustee Lynda T. Bui (the "Trustee") an opportunity to market and

1 | sell the Property. The Court continued the hearing to December 10, 2019. (*See* Docket Entry No. 22).

2 | On December 6, 2019, the Trustee entered a Chapter 7 Trustee's Report of No Distribution, which indicates to Movant that the Trustee no longer intends to administer the Property. (*See* Court Docket Entry dated 12/06/2019).

3 | Movant is not pursuing an adequate protection order related to the Property.

4 | Movant requests that the Court rule on the merits of the Motion at the hearing on December 10, 2019.

ALDRIDGE PITE, LLP

Dated: December 6, 2019

*/s/ Wendy Locke*
WENDY LOCKE
Attorneys for Movant Select Portfolio Servicing Inc. as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR1 Trust

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4375 Jutland Drive, Suite 200  P.O. Box 17933  San Diego, CA 92177-0933

A true and correct copy of the foregoing document entitled: **STATUS REPORT REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 6, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**U.S. TRUSTEE:**
ustpregion16.rs.ecf@usdoj.gov

**ATTORNEY FOR DEBTOR:**
Rex Tran
rtran@chentranlaw.com

**TRUSTEE:**
Lynda T. Bui (TR)
trustee.bui@shbllp.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 6, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE:**
Honorable Mark S Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

**DEBTOR:**
Nixon Tiangco Sy
7413 Maggie Ln
Eastvale, CA 92880

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 6, 2019 | Roberto Reyes | /s/ROBERTO REYES |
|---|---|---|
| *Date* | *Printed name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2017*  Page 12  F 4001-1.RFS.RP.MOTION